Your Name: Shana Marie Kelly

Address: 818 27th St. #C
Oakland, CA 94607

Phone: (650) 669-0591

E-mail: shanabayna09@yahoo.com

Pro Se Plaintiff

**FILED**

NOV 27 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one unless 1ˢᵗ complaint]*: ☐ San Francisco  ☑ Oakland  ☐ San Jose  ☐ Eureka

Shana Marie Kelly

C24-08568   DMR

Case Number:   *[leave blank if 1ˢᵗ complaint]*

Plaintiff,

vs.

San Francisco City + County
D.P.H (Dept. of Public Health)
Laguna Honda Hospital

Defendant.

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

DEMAND FOR JURY TRIAL *[check one]*

Yes ☐   No ☐

COMPLAINT
PAGE 1 OF 14 *[JDC TEMPLATE – Rev. 09/2018]*

## PARTIES

1.   **Plaintiff.** *[Write your full name]*

**Shana Marie Kelly**

2.   **Defendant.** *[Write the Defendant's full name, address, and phone number. If your employer is a federal agency or department, list the title of the head of that agency or department.]*

Name:   San Francisco City & County, D.P.H (Dept of Public Health)

Address:   375 Laguna Honda Blvd. S.F., CA 94116 (LAGUNA HONDA HOSPITAL)

Telephone:   (415) 759-2300

## JURISDICTION

3.   My case belongs in federal court under federal question jurisdiction because it is based on *[check box for each law that applies]*:

☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 *[for claims of discrimination based on race, color, national origin, religion or sex]*

☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634

☐ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117 or Rehabilitation Act, 29 U.S.C. §§ 791 *et seq.*

☑ Other: **Retaliation, workplace violence, harassment**

## VENUE

*The counties in this district are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*

4.   Venue is appropriate in this Court because *[check one or more that applies]*:

☑ a substantial part of the events I am suing about happened in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

## INTRADISTRICT ASSIGNMENT

*Write in the county in which the events you are suing about happened. This District has three divisions. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.*

5.   Because the events happened in the County of **San Francisco**, this case should be assigned to the San Francisco/Oakland Division of this Court.

COMPLAINT

PAGE **2** OF **14** *[JDC TEMPLATE – Rev. 09/2018]*

## STATEMENT OF FACTS

6. During the relevant time period, I was employed or sought employment by Defendant as *[job titles]* 1429, Nurses Staffing Assistant (Staffer) The job responsibilities included coordinating daily staffing levels for all Nursing units (hospitalwide) on a specific shift by scheduling staff neccessary to provide safe levels of nursing care + employee safety. Backfilling sick calls + benefit time of for staff in order to maintain adequate staffing ratio needed per unit. Activating emergency call/codes. Preparing + maintaining

7. I filed charges with the Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding Defendant's conduct on or about *[date]* 05/2023 .

8. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter which was received by me on or about *[date]* 09/06/24 (EXHIBIT A) . I have attached that Notice to this Complaint. *[Attach a copy.]* [copy attached]

*[Describe your employment with Defendant. You may want to include when you were hired, any changes in your job title or responsibilities, whether and when you received performance reviews and what they said, and any changes in your pay, benefits, or work situation, as relevant here.]*

9. I was hired in 2016. No changes in my job title, 1429 Nurses Staffing Assistant. I received satisfactory performance (PPAR) reviews = a "2" score for satisfactory. Recently, thovgh still 2, the management had more bias in reporting but that didn't affect the score. (Feedback more biased)

10. (Statement of Facts typed + attached) (#0-49) (Bailey v San Francisco District Attorney's Office)

COMPLAINT
PAGE **3** OF **14** *[JDC TEMPLATE – Rev. 09/2018]*

6. (Continuation of paragraph 6)
various labor & productivity records + reports. Monitor license + certification of Nursing personnel.

Alana M. Kelly
11/27/24

**1st** **Claim for Relief**

**(Discrimination - Race)**

____. I was able to and did perform my job satisfactorily. *[Explain. For example, if you received good performance reviews, state that here.]* Since the beginning of my employment 12/2016, I recieved satisfactory (score 2) on performance reviews dated from 2016-present. I received Employee of the Month for the Department I support 3x (three times) 2017, 2021 and one in 2023 or 2024.

____. I was subject to an adverse employment action or actions by Defendant *[Explain, including dates, persons involved, and each action, such as termination, denial of promotion, etc.]*: Failure to promote. Failure to report/enforce my Civil Rights complaints, which encouraged narassment and marginalized me from the rest. Management did not file my Civil Rights complaints (knife incident - 2019); (N-word + Spanish slur incident - 2022); (workplace violence purse thrashing incident - 2023) Failure to promote to fulltime PCS (Permanent Civil Service) 1429 Nurses Staffing Assistant between 2016-present; but hired in 2022 (Tsue), 2022 (Diana), promoted 2023 (May) +(Aisha with accomodations) from part time to fulltime, 2024 (Edgar). Between 2020-present

____. The sole reason or motivating factor for this action was my race or color, which is: Black-African American

*[For each adverse employment action, explain how you know it was based on your race or color. For example, if the person who took the action made negative comments about your race or color describe those statements and when they occurred. If other employees in a similar job situation, but not of your race or color were treated better than you, explain their situation, and how, when, and by whom they were treated better. Use more pages.]*

(1st claim continued)
management used 1428 Unit Clerks to cover by working out of class.
Inequitable pace of accruing benefit time: Vacation/Float/Holiday-In-Lieu/as well as sick time and retirement years of service which controls how often I can use them + whether I get compensated. If sick/vacation day land on a shift in the work week at 20°(hours) worked; I won't get paid for it.

COMPLAINT
PAGE 6 OF 14 [JDC TEMPLATE – 7/17]

_____**2nd**_____ **Claim for Relief**

**(Harassment/Hostile Work Environment Created by Plaintiff's Supervisor - Race)**

_____. I was subjected to harassment by my supervisor, *[name and title]*

Arnold Dignadice (Asian), Maria Antoc (Asian), Edward Orvina (Asian) see attached.

_____. This harassment happened because of my race or color, which is:

Black - African American

_____. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

_____. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often and who was involved. Make clear how you know the harassment was based on your race or color. Use more pages.]*

_____. Management did not file my civil Rights complaint ( knife incident 3/2019), (N word + spanish slur incident 11/2022, workplace violence purse thrashing incident 04/2023) management allowed + participated in ongoing harassment. Management applied a 2-tier system for hiring for fulltime position, 2-tier system for discipline (inequity in documenting/applying late arrival for attendance reporting) 2-tier system in reporting which affects discipline, performance evaluation. Management treated me less favorably than the Non-black co-workers. As part time, I accrue benefit time (vacation, float, Holiday-in-lieu + sick) at an inequitable pace than my co-workers, which controls me more than them because I have additional hardship

COMPLAINT
PAGE **7** OF **14** *[JDC TEMPLATE – 7/17]*

(2nd Claim continued)
(Supervisor list continued from Prior Page)

Irin Blanco (Asian), Brigitta Van Ewijk (South American), Herbert Mariano (Asian), Melanie Ferrer (Asian), Marie Green (Asian), Stephanie Chigos (Latin), Terry Dentoni (Caucasian) + H.R. (Human Resources) officials

(financially) of being limited/restricted to what days/shifts I can use sick/vacation because with the part-time status after 24° hours I would not get paid for benefit time + only paid if I come to work. Selecting to be sick/or on vacation in the first-half of the work week is an inconvenience the other co-workers don't have to be concerned with to ensure compensation when off from work.
Management violated my worker's right 2018-2024 by failure to report my Civil Rights complaints against my non-black co-workers + essentially hired + promoted them while keeping me behind regardless of seniority.

Management did not file my Civil Rights complaints. Knife incident - 03/2019; Nword + Spanish slur incident - 11/2022; purse thrashing workplace violence incident - 04/2023. Edgar said N-word + went through my purse 2x. I reported to melanie Ferrer and EEO @/around when Diana said n-word (2022)

(2nd Claim Continued)

Failure to promote me to full time permanent Civil service 1429 Nurses Staffing Assistant.
I am currently, since hired 12/2016, a part-time Permanent Civil Service 1429 Nurses Staffing Assistant

The collaborators (1428 Unit Clerks) that are working out of class get rewarded with overtime + Holiday shift opportunities in my Nursing Office Department. I am restricted the number of overtime hours I am allowed to work fiscally which is less than them. Management outsources overtime to out of class employees to uphold the discrimination, inequity in hiring, counter the Collective Bargaining Agreement contract with S.F. City + County + SEIU (Service Employees International Union)
Management did not reprimand the Non-Black individuals.
Management exhibits a Cultural Dominance (functionalism) in the workplace. Equity is only inclusive of non-black (mostly Asian) workplace
Tagalog is spoken 24°hours/day -not inclusive language to anyone but them.
Racist- easy exit/separation policy for other Black employees with slighter violations.
Management has a 2-tiered tolerance system. 2-tiered hiring system. 2-tiered disciplinary system.
Bullying, targeted systemic behaviors marginalized me.

COMPLAINT
PAGE 9 OF 14 [JDC TEMPLATE – 7/17]

_____3rd_____ **Claim for Relief**

**(Harassment/Hostile Work Environment Created by Plaintiff's Co-worker - Race)**

_____. Co-workers harassed me because of my race or color, which is:

**Black -African American**

_____. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment, and a reasonable person in these circumstances would consider the environment to be abusive or hostile.

*[Describe the harassment, including what happened, when, how often and who was involved. Make clear how you know the harassment was based on your race or color. Use more pages.]*

_____. Mob harassment Collaborating with management to be selective on entering attendance matters/entries. (see Statement of Facts) I complained of harassment in 2018. Co-worker (Asian) complained <u>AFTER</u>, and his complaint was allowed to take precedence and mine went unaddressed, which escalated to a workplace knife incident a few months later in 2019. I went on stress leave. No reprimand occured against knife incident Co-worker (Asian). A 5-day suspension was proposed against me, due to the complaint launched by co-worker (Asian) who made complaint <u>AFTER</u> my complaint. A Hearing was conducted and the 5-Day suspension was withdrawn. I returned to work - the harassment continued til presently. Nword + Spanish Slur -2022, workplace violence purse thrashing 2023. Employees/peers allowed to deduct time of mine for arrival during school semester(s) + after classes + <u>not</u> on eachother, ok'd by management (could have been avoided w/ work school program for fulltime it management followed the seniority rules)

COMPLAINT

PAGE 10 OF 14 *[JDC TEMPLATE – 7/17]*

_____4th_____ **Claim for Relief**

### (Retaliation)

____. On [date] 11/30/22    10/30/24 _____, I complained to [name and title] Maria Antoc (Director)    Arnold Dignadice (Director) Brigitta van Ewijk 11/2023, Melanie Ferrer 2023 (Nurse supervisors) about discrimination on the basis of race or color.

____. On [dates] of biases between 2018 - present. _____,

I participated in an investigation of discrimination on the basis of race or color by

Discriminatory statements.
Discriminatory conditions and/or terms.
Compensation + privilege

_____. Because of my involvement, which is a protected activity, I was subject to an adverse employment action [Explain, including dates, persons involved, and each action, such as termination, unreasonable change in hours, etc., and how you know the action was retaliatory]

2016 - present
Failure to promote
Treating me less favorably than non-black co-workers. This is reflected in inequities in reporting attendance, inequities to how overtime and holiday shifts are distributed.
Not reporting my Civil Rights complaints. (N-word 2022) etc.
2-tier discipline + hiring + reporting system.
Discipline after meeting (2024) for meeting about hiring + inequity (email) where my worker's rights were violated in doing so w/o union present. Undesireable action by management after/as a consequence to me asserting my rights.

COMPLAINT
PAGE 11 OF 14 [JDC TEMPLATE – 7/17]

(4th Claim Continued)

When I called the on-site sheriff during an active workplace violence purse thrashing incident (04/2023) - they hung up on me. When I called back, I was redirected to the Supervisor (who was not present). The sheriff never showed up/ intervened/ presented themselves at Nursing Office, during this incident.

Black employees are treated less favorably than non-black employees in comparable situations. When I returned from stress leave - 11/2019, my schedule was altered (retaliation) without 2 weeks notice or meet + confer. This allowed Joan (Saez Fontilla)(Asian) knife incident co-worker to have preference of Fixed overtime covering BOTH her regular shift as well as mine (nightshift at the time in those years) Shorting me hours or forcing me to work unwelcome long shifts to make up for shifts of mine she was granted by management Ed. Guina. This allowed Joan overtime, extra Holiday Monday shifts that were mine + weekends off. Joan was not bidded on night shift.

May Khine (Asian) did not have to pass City exam Rule of Ten (10) score to be considered for hire. She was hired 1 year AFTER me (had 1 year less seniority than myself) but was made full-time BEFORE me in 2023.

2023, my Holiday shift was cancelled when I arrived

(4th Claim Continued)

to my shift. Herbert Mariano, the Supervisor allowed least senior Vilanova, Diana to work and I was shorted the show-up time pay.

May allowed to work Holidays 2024, Arnold decided, Lisa (out-of-class) allowed to work 2023, and Joan Saez Fontilla between years 2016-2020.

## Demand for Relief

Plaintiff respectfully requests the following relief:

1. Equitable relief *[such as reinstatement, back pay, or front pay]*

2. Compensatory damages *[such as for emotional distress and costs of finding new employment]*

3. Costs and attorneys' fees as permitted by law

4. Any other relief the Court deems proper

☑ *[list other relief]* punitive damages

*[Note this list does not include punitive damages. In certain cases, punitive damages may be awarded if the employer engaged in discrimination with malice, oppression, or reckless indifference to your rights under federal law. If this applies to your case, mark the box above, write in punitive damages, and make sure that the pages in your Complaint include facts to show that your employer acted with malice, oppression, or reckless indifference.]*

## Demand for Jury Trial

Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 11/18/24        Sign Name: *Shana M. Kelly*

Print Name: Shana Marie Kelly

COMPLAINT
PAGE 14 OF 14 *[JDC TEMPLATE – Rev. 09/2018]*

# EXHIBIT A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Los Angeles District Office**
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/06/2024

**To:** Shana Kelly
818 27th St #C
Oakland, CA 94607

On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR 1601.7(a))

Charge No: 37A-2024-00059

EEOC Representative and email:     KARRIE MAEDA
State, Local & Tribal Program Manager
karrie.maeda@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Christine Park-Gonzalez
09/06/2024
Christine Park-Gonzalez
District Director

# EXHIBIT B

**SAN FRANCISCO SHERIFF'S DEPARTMENT  PATROL UNIT**                                          **INCIDENT REPORT HEADING**

INCIDENT NO.        190195713

| ARREST MADE ☐ | SUSP. KNOWN ☐ | SUSP.UNK ☐ | NON-SUSP. INCIDENT ☑ | PAGE 1 OF 4 |
|---|---|---|---|---|

| TYPE OF INCIDENT | | INITIAL ☐ | CAD NO. |
|---|---|---|---|
| Unusual Occurrence | | SUPP. ☑ | 190780295 |

| REPORTING UNIT | DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED TO SHERIFF | RELATED CASE NUMBERS |
|---|---|---|---|
| 1V43 | 03/18/19: 2314hrs | 03/18/19: 2315hrs | |

| LOCATION OF OCCURRENCE | TYPE OF PREMISES | LOCATION SENT TO |
|---|---|---|
| 375 LAGUNA HONDA Blvd | Hospital | Same/On-view |

| REPORTED TO SFSD CIU/ OPS CENTER (NAME / STAR / DATE / TIME) | DOMESTIC (TYPE OF WEAPON) VIOLENCE | ELDER ABUSE | GANG RELATED | JUVENILE SUBJECT | PREJUDICE BASED |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ |

I DECLARE, UNDER PENALTY OF PERJURY, THIS REPORT OF 4 PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE, OR IS BASED ON INFORMATION AND BELIEF FOLLOWING AN INVESTIGATION OF THE EVENTS AND PARTIES INVOLVED.

PROP 115 CERTIFIED:        5YRS ☐        POST TRAINED ☐

| REPORTING  DEPUTY  (PRINT) TONG | STAR | 8117 | SIGNATURE |
|---|---|---|---|

| STATION   SPU SECTOR C | REPORT REVIEWED BY (PRINT NAME / STAR) | WATCH COMMANDER APPROVAL (PRINT NAME / STAR) |
|---|---|---|
| WATCH   2300-0700 | LT. PINEDA #1733 | LT. PINEDA #1733 |

| ASSIGN TO | INCIDENT CODES | ASSIGNED BY (PRINT INITIAL / STAR) |
|---|---|---|
| SFSD CIU | 64090 | TONG #8117 |

| HOW CLEARED | COPIES TO (NAME OF UNITS) | COPY TO | | | ICSS ENTRY |
|---|---|---|---|---|---|
| | SFSD | A | B | C | |

RP CODES: F – FOUND; N – NOTIFY; P - PARENT; R – REPORTEE; V – VICTIM; W – WITNESS          RACE CODES: A; B; F; H; I; O; U; W

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) |
|---|---|---|---|---|---|
| R    1 | Kelly, Shana | B | F | 08/09/1984 | 650-669-0591 |

| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | ZIP CODE | BUSINESS PHONE (DAY / NIGHT) |
|---|---|---|
| 375 Laguna Honda Blvd, SF, CA | 94115 | |

| BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO | ZIP CODE | RP'S RELATIONSHIP TO SUBJECT |
|---|---|---|
| | | NONE |

| EXTENT OF INJURY / TREATMENT | VIOLENT CRIME NOTIFICATION | STAR | FOLLOW-UP FORM | STATEMENT |
|---|---|---|---|---|
| | YES ☐   NO ☐   N/A ☐ | | YES ☐ | YES ☐ |

OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE
Kelly is a Nurse Staffing Assistant in the Nursing Administration Office of Laguna Honda Hospital

| SIGNATURE OF PARTY REPORTING MISSING PERSON | 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES | CONFIDENTIALITY REQUESTED RP'S   YES ☐   NO ☐ | STAR | ADD'L ☐ |
|---|---|---|---|---|

SUBJECT CODES: A – ADMONISHED; B – BOOKED; C – CITED; D – DETAINED; E – EXONERATED; M – MISSING; S – SUSPECT; X – DIVERTED.  RACE CODES: A; B; F; H; I; O; U; W

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | RACE | SEX | DOB / AGE | ALIAS | |
|---|---|---|---|---|---|---|
| | | | | | | |

| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | | ZIP CODE |
|---|---|---|---|---|---|---|
| | | | | | | |

| HOME /CONTACT PHONE | ID NO. (SOC.SEC. / OP. LIC. / FBI / CII) | SF NO. / X NO. |
|---|---|---|
| | | |

| BOOKING SECTION / CHARGE #1 | CHARGE # 2 | CHARGE # 3 | CHARGE # 4 | WHERE BOOKED |
|---|---|---|---|---|
| | | | | |

| WARRANT # | COURT # | ACTION # | DEPT / ENROUTE TO | CWB CHECK (PRINT NAME / STAR) |
|---|---|---|---|---|
| | | | | |

| WARRANT VIOLATION(S) | BAIL | MIRANDIZED YES ☐   NO ☐ | STAR | STATEMENT YES ☐ |
|---|---|---|---|---|
| | | | | |

| CITATION # | CITE VIOLATION(S) | DATE / TIME OF APPEARANCE | LOCATION OF APPEARANCE |
|---|---|---|---|
| | | | |

| SCHOOL NAME IF JUVENILE | J # / D # | BOOK / CITE APPROVED BY (PRINT NAME / STAR) |
|---|---|---|
| | | |

| M X-RAYS YES ☐ | MASS ARREST CODE | OTHER INFORMATION; CITATION / WARRANT / BOOKING CHARGE(S) / MISSING PERSON – SUBJECT DESCRIPTION Harrison is a resident of Ward N4, Laguna Honda Hospital | |
|---|---|---|---|
| | | | ADD'L SUBJ.'S ☐ |

PRIVATE PERSON ARREST: ON THIS DATE, "I ARRESTED THIS PERSON FOR THE PUBLIC OFFENCE(S) LISTED, COMMITTED IN MY PRESENCE IN SAN FRANCISCO, CALIFORNIA. I DELIVERED THIS PERSON TO THE SFSD AND WILL SIGN A WRITTEN COMPLAINT CHARGING THIS PERSON WITH THE COMMISSION OF THESE PUBLIC OFFENSES."
SEPARATE PRIVATE PERSON'S ARREST FROM ATTACHED ☐

| NAME (PRINT) | SIGNATURE |
|---|---|

SFSD FORM P10A (08/14)

**SAN FRANCISCO SHERIFF'S DEPARTMENT**

INCIDENT NO. _____190195713_____

**INCIDENT REPORT ADDITIONAL REPORTING PARTIES**

PAGE 2 OF 4

RP CODES: **F** – FOUND; **N** – NOTIFY; **P** – PARENT; **R** – REPORTEE; **V** – VICTIM; **W** – WITNESS    RACE CODES: **A; B; F; H; I; O; U; W**

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) | | |
|---|---|---|---|---|---|---|---|---|
| R2 | Saez-Fontillas, Marie Joan | | A | F | Declined | ▓▓▓▓▓ | | |
| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO  Rfsd | | | | | ZIP CODE | BUSINESS PHONE (DAY / NIGHT) | | |
| BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO  375 Laguna Honda Blvd, SF, CA | | | | | ZIP CODE 94115 | RP'S RELATIONSHIP TO SUBJECT  N/A | | |
| EXTENT OF INJURY / TREATMENT | | VIOLENT CRIME NOTIFICATION YES ☐ NO ☐ N/A ☑ | | STAR | | FOLLOW-UP FORM YES ☐ | | STATEMENT YES ☐ |
| OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE  Saez-Fontilla is a Nurse Staffing Assistant in the Nursing Administration office of Laguna Honda Hospital. | | | | | | | | |
| SIGNATURE OF PARTY REPORTING MISSING PERSON | | 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ | | CONFIDENTIALITY REQUESTED YES ☐ NO ☐ | | STAR 2205 | ADD'L RP'S ☐ |

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) | | |
|---|---|---|---|---|---|---|---|---|
| R3 | Patel, Rowena | | A | F | 06/01/1972 | Rfsd | | |
| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO  Rfsd | | | | | ZIP CODE | BUSINESS PHONE (DAY / NIGHT)  415-759-3063 | | |
| BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO  375 Laguna Honda Blvd, SF, CA | | | | | ZIP CODE 94115 | RP'S RELATIONSHIP TO SUBJECT | | |
| EXTENT OF INJURY / TREATMENT | | VIOLENT CRIME NOTIFICATION YES ☐ NO ☐ N/A ☑ | | STAR | | FOLLOW-UP FORM YES ☐ | | STATEMENT YES ☐ |
| OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE  Patel is a Nursing Supervisor in the Nursing Administration Office of Laguna Honda Blvd | | | | | | | | |
| SIGNATURE OF PARTY REPORTING MISSING PERSON | | 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ | | CONFIDENTIALITY REQUESTED YES ☐ NO ☐ | | STAR | ADD'L RP'S ☐ |

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) | | |
|---|---|---|---|---|---|---|---|---|
|  |  | | | | | | | |
| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | | | | | ZIP CODE | BUSINESS PHONE (DAY / NIGHT) | | |
| BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO | | | | | ZIP CODE | RP'S RELATIONSHIP TO SUBJECT | | |
| EXTENT OF INJURY / TREATMENT | | VIOLENT CRIME NOTIFICATION YES ☐ NO ☐ N/A ☐ | | STAR | | FOLLOW-UP FORM YES ☐ | | STATEMENT YES ☐ |
| OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE | | | | | | | | |
| SIGNATURE OF PARTY REPORTING MISSING PERSON | | 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ | | CONFIDENTIALITY REQUESTED YES ☐ NO ☐ | | STAR | ADD'L RP'S ☐ |

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) | | |
|---|---|---|---|---|---|---|---|---|
|  |  | | | | | | | |
| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | | | | | ZIP CODE | BUSINESS PHONE (DAY / NIGHT) | | |
| BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO | | | | | ZIP CODE | RP'S RELATIONSHIP TO SUBJECT | | |
| EXTENT OF INJURY / TREATMENT | | VIOLENT CRIME NOTIFICATION YES ☐ NO ☐ N/A ☐ | | STAR | | FOLLOW-UP FORM YES ☐ | | STATEMENT YES ☐ |
| OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE | | | | | | | | |
| SIGNATURE OF PARTY REPORTING MISSING PERSON | | 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ | | CONFIDENTIALITY REQUESTED YES ☐ NO ☐ | | STAR | ADD'L RP'S ☐ |

SFSD FORM P10C (10/14)

**SAN FRANCISCO SHERIFF'S DEPARTMENT**

INCIDENT NO. _____ 180 447 358 _____

**INCIDENT REPORT PROPERTY LISTINGS**

PAGE 3 OF 4

PROPERTY CONDITION CODES: **D** – DAMAGE; **E** – EVIDENCE; **F** – FOUND; **L** – LOST; **P** – PROPERTY FOR SAFEKEEPING; **R** – RECOVERED; **S** – STOLEN

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|------|------|----------|-------|-------|-------|
| E1 | Statement | 1 | | | |

| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
|------------|---|---------|-------|------------------|------------|
| | | | | | |

| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS |
|-------------------|----------------------------------------------|
| | Statement Written by R1/ Kelly, Shana |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|------|------|----------|-------|-------|-------|
| E2 | Statement | 1 | | | |

| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
|------------|---|---------|-------|------------------|------------|
| | | | | | |

| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS |
|-------------------|----------------------------------------------|
| | Statement written by R/2 Saez-Fontillas |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|------|------|----------|-------|-------|-------|
| E3 | Statement | 1 | | | |

| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
|------------|---|---------|-------|------------------|------------|
| | | | | | |

| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS |
|-------------------|----------------------------------------------|
| | Statement written by R/3 Patel |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|------|------|----------|-------|-------|-------|
| | | | | | |

| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
|------------|---|---------|-------|------------------|------------|
| | | | | | |

| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS |
|-------------------|----------------------------------------------|
| | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|------|------|----------|-------|-------|-------|
| | | | | | |

| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
|------------|---|---------|-------|------------------|------------|
| | | | | | |

| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS |
|-------------------|----------------------------------------------|
| | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|------|------|----------|-------|-------|-------|
| | | | | | |

| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
|------------|---|---------|-------|------------------|------------|
| | | | | | |

| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS |
|-------------------|----------------------------------------------|
| | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|------|------|----------|-------|-------|-------|
| | | | | | |

| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
|------------|---|---------|-------|------------------|------------|
| | | | | | |

| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS |
|-------------------|----------------------------------------------|
| | |

SFSD FORM P10D (10/14)

**SAN FRANCISCO SHERIFF'S DEPARTMENT PATROL UNIT**
INCIDENT NO. _____190195713_____

INCIDENT REPORT NARRATIVE

PAGE _4_OF_ 4

This is a supplemental report to San Francisco Sheriff Department Patrol Unit Incident Report Number: 190195713.

On Tuesday, March 19, 2019, I took a report about an incident that occurred between R1/Kelly and R2/Saez-Fontillas on Monday, March 18, 2019, at approx 2314hrs. In the report's narrative I listed the time of occurrence as Tuesday, March 19th when the incident actually took place on Monday, March 18, 2019. Also it should be made clear that Kelly did not like Saez-Fontillas cleaning her knife while they were talking, and is not comfortable with her actions. In the narrative of the original report it was not made clear how Kelly felt about Saez-Fontillas handling the knife in front of her.



Page 1 of 1





## Fw: 3/18/19 Incident Statement

shana kelly <shanabayna09@yahoo.com>

Thu 4/4/2019 3:00 AM

To: Kelly, Shana (DPH) <shana.kelly@sfdph.org>

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

----- Forwarded Message -----
From: shana kelly <shanabayna09@yahoo.com>
To: Brown, RonaldScott (DPH) <scott.brown@sfdph.org>; Mars, Dennis (DPH) <dennis.mars@sfdph.org>
Sent: Wednesday, April 3, 2019, 2:58:36 PM PDT
Subject: 3/18/19 Incident Statement

In arriving to work on 3/18/2019, I greeted the team with a friendly smile and hello. I went to my work station, sat my things down and started to log into the computer. During this time, Joan had just finished a telephone call. Just before I completed logging in, the phone rang and I answered it (The call was from Jonathan, attempting to fill a whole using Judy, who had maxed out her overtime availability).

At this time Joan was standing at Karen's work station behind me. (Looking at my monitor which showed, I wasn't logged in) taking the call, Joan provided information as to why the person couldn't work overtime but could work comp time. Without being logged in, I repeated to the caller the information Joan had just provided. At that point is when Joan became visibly upset. Shouting at me asking, "do you know the rules". I told Joan, "the information I provided to the caller is what you gave me. I'm not logged in". She then said to me, "but you told the caller Joan said".

Not wanting to be involved in a scene, I went to the supervisor for assistance. Rowena came out of her office to address the issue. Joan had left the office. In returning to the office, Rowena attempted to defuse the problem, asking for the three of us to talk. Joan was standing at her desk. It was at this time when Joan's behavior escalated. She walked to where I was sitting, still shouting, standing over me with a knife in her hand. She was asked by both Rowena and myself to put the knife away. Then again. She continued shouting the whole time. At that point, I called home to inform my household of what was happening. In getting off that call, I immediately called the Sherriff.

What made me feel most uncomfortable, was when I worked my very next shift only to see no one did anything to separate us. We were both there working the same shift in the middle of the night. Working in an isolated area of the hospital.

Thanks,
Shana

*(D.P.H weapons / workplace Violence Policy)*



**San Francisco Department of Public Health**
Barbara A. Garcia, MPA
Director of Health

City and County of San Francisco

Edwin M. Lee, Mayor

# San Francisco Department of Public Health

| Policy & Procedure Title: | Prohibition of Violence in the Workplace (HUR17) | |
|---|---|---|
| **Category:** Human Resources | | |
| **Effective Date:** 1996 | **Last Reissue/Revision Date:** September 2011 | |
| **DPH Unit of Origin:** Human Resources | | |
| **Policy Contact - Employee Name w/ Title; &/or DPH Division:** Human Resources | | |
| **Contact Phone Number(s):** 554-2580 | | |
| **Distribution:** DPH-wide ☒ | Other: | |

*All sections in table required.*

## 1.    Purpose of Policy

The Department of Public Health (DPH) is committed to maintaining a safe and secure work environment for all staff, patients and visitors.  The purpose of this policy is to inform employees that violence in DPH's workplace is prohibited, and to provide assistance for employees who have been subject to a verbal or physical threat and/or violent behavior.

## 2.    Policy

It is the policy of the City and County of San Francisco (CCSF) and DPH that the workplace should be free of violence, threats of violence, intimidation and other disruptive behaviors.  DPH will not tolerate any act or threat of violence by or against employees in the workplace.

Employees are required to treat co-workers, patients, and members of the public with courtesy and respect.  Employees are prohibited from bringing weapons to the workplace, except where required by the CCSF in the performance of the employee's official duties.  Weapons include, but are not limited to, firearms, knives and as defined in California Penal Code Sec. 12020.

Failure to comply with this policy may result in employee discipline, up to and including termination as well as criminal prosecution.

## 3.    Definitions

a.  "Workplace" refers to all DPH worksites and surrounding parking areas, or other areas where DPH employees perform duties in the scope of their employment.

The mission of the San Francisco Department of Public Health is to protect and promote the health of all San Franciscans.
We shall ~ Assess and research the health of the community ~ Develop and enforce health policy ~ Prevent disease and injury ~
~ Educate the public and train health care providers ~ Provide quality, comprehensive, culturally-proficient health services ~ Ensure equal access to all ~

b.  "Violence" includes any conduct, verbal or physical, which causes another to reasonably fear for his or her own personal safety and that of his or her family, friends, associates or property. Workplace violence may occur due to a random act by an individual with no relationship to the Department, among current or former employees, or by someone receiving healthcare services.  It includes acts and threats of violence in DPH's workplace by or towards:

- A DPH employee
- A DPH patient or client
- A CCSF employee
- A contract employee, intern or volunteer
- A member of the public or visitor

4.    Procedures

a.  Reporting

Employees have the responsibility to report any threats or acts of violence to their respective supervisors.  If there is a threat of immediate danger, employees should call Emergency Response 9-1-1 or the on-site Sheriff's Department.

When notified by a health care provider of a threat against an employee ("Tarasoff Warning"), the department head, personnel official or designee shall notify the affected employee as soon as possible.

b.  Investigation

Supervisors and managers have the responsibility to investigate any reported incidents of threats or acts of violence in the workplace and to take appropriate action.  They are also responsible for documenting and reporting all observed or reported incidents of workplace violence.

c.  Corrective Action

Appropriate action may include one or more of the following depending on the nature of the threat or act of violence:

- Consulting with appropriate resources (DPH Management staff, Human Resources, OSH, the City's Employee Assistance Program (EAP), the Sheriff's Department) to assess the risk and identify violence prevention strategies;
- Filing a police report and/or referring the matter to the City Attorney to determine if a restraining order is appropriate;
- Approving any appropriate request for employee leave, placing an employee on administrative leave in accordance with Charter Section 8.341 or suspension in accordance with Charter Section 8.342, following consultation with DPH Human Resources;
- Requesting approval of the City's Human Resources Director for a fitness for duty examination, following consultation with DPH Human Resources;

- Admonishing employee(s) that such behavior is unacceptable and will not be tolerated;
- Imposing disciplinary action up to and including dismissal or termination;
- Referring the employee to the City's EAP or to a health care/medical provider;
- Referring any employee who is a target or threat of violence to the City's EAP or to a health care/medical provider;
- Providing a Critical Incident Stress Debriefing session in the workplace via the City's EAP;
- Other measures may be taken as appropriate under the circumstances.

## 5.    References

- Health Commission Resolution No. 1-96 *(May be obtained by requesting from the Health Commission Secretary at 554.2666.)*
- Civil Service Commission Policy on Prohibiting Violence in the Workplace, 1995
- CCSF Employee Handbook
- See also SFGH Policy No. 22.04, Violence in the Workplace:  Zero Tolerance; LHH Policy No. 76-07, Violence in the Workplace: Zero Tolerance.

# EXHIBIT C



schedule codes

N = night shift (11pm – 0730am)

z = overtime on night shift

1 = pm shift (3pm – 1130pm)

★Right after night where the knife incident occured, Joan Saez-Fontillas and myself are scheduled together overlapping shifts.

# EXHIBIT D

Re: Kelly, Shana                                    Page 1 of 20

# Center for Occupational Health

## Nataliya Belfor PhD, QME
### 2970 Hilltop Mall Rd, Suite 101
### Richmond, CA 94806
### 855-779-2763 (P/F)

7/5/2019

To:

*Julie Fitzpatrick*
InterCare Holdings Insurance
PO Box 579
Roseville, CA 95661
Fax: 916-677-2610
Fax: 916-781-5534

Dr. Christy Dillon
2238 Geary Blvd
San Francisco, CA 94115

|  |  |
|---|---|
| **Re:** | Ms. Shana Kelly |
| **Date of Birth:** | 08/09/1984 |
| **Date of Injury:** | 3/18/2019 |
| **Employer:** | San Francisco City and County, Laguna Honda, Department of Public Health. Community Health Network |
| **Claim number:** | 192788 |
| **Location:** | 2211 Post St. #203, San Francisco, CA 94115 |

## PANEL QUALIFIED PSYCHOLOGICAL EVALUATION AND REPORT (PQME)

On **6/20/2019** I conducted a Panel Qualified Medical Psychological Evaluation of Ms. Shana Kelly. Ms. Kelly is a 34-year-old, English-speaking, African American single female, born in San Francisco, who came by ride provided by Lyft, unaccompanied, to my San Francisco office. The examinee did not use any assistive devices.

# EXHIBIT E

5-Day Suspension

 Gmail

Shana Kelly <shanabayna.sk@gmail.com>

withdrawn 8/2019

# Fw: S. Kelly- Skelly report

2 messages

**shana kelly** <shanabayna09@yahoo.com>
To: shana kelly <shanabayna.sk@gmail.com>

Tue, Nov 26, 2024 at 12:23 PM

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, November 13, 2024, 3:36 AM, shana kelly <shanabayna09@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, August 23, 2019, 6:00 AM, Jeffries, Don (DPH) <don.jeffries@sfdph.org> wrote:

> Please note that there are no provisions in the MOU for a rebuttal to the Skelly report, unless there is a grievance based on the Department's decision.

> Since I recommended withdrawal of the proposed discipline, there is no basis for an alternate remedy.

> While I appreciate your suggestions on how the operation could be better run, this is an exclusive management right. You may want to consider sharing any constructive suggestions with the relevant Labor Management Committee.

> As far as I am concerned, this communication ends my involvement in this matter. Hopefully, with this resolved, Ms. Kelly can continue to move through this experience.

> Thanks for your thoughts.

> Sent from my iPhone

> On Aug 22, 2019, at 7:49 PM, Mars, Dennis (DPH) <dennis.mars@sfdph.org> wrote:

>> Hello Mr. Jeffries,

>> In response to the Skelly report dated August 15, 2019. The union agrees with the decision to have this case dismissed. The only concern we have with the report is a statement under "findings, paragraph (2) where it states, "the union asserted that one of Ms. Kelly's co-workers, Mr. Shane Peralta, a Class 1429 Nursing Staffing Assistant, prepared the ECF forms". Please see attached what the union stated.

Best Regards,

Dennis Mars
SEIU 1021 Shop Steward

---

**From:** Jeffries, Don (DPH) <don.jeffries@sfdph.org>
**Sent:** Friday, August 16, 2019 8:32 AM
**To:** BrooksHouston, Louise (DPH) <louise.brookshouston@sfdph.org>; Guina, Edward (DPH) <edward.guina@sfdph.org>
**Cc:** shanabayna09@yahoo.com <shanabayna09@yahoo.com>; Mars, Dennis (DPH) <dennis.mars@sfdph.org>
**Subject:** S. Kelly- Skelly report

Please find the completed Skelly report for Ms. Shana Kelly.

<Shana Kelly Response.pdf>

---

**shana kelly** <shanabayna09@yahoo.com>
To: shana kelly <shanabayna.sk@gmail.com>

Tue, Nov 26, 2024 at 12:26 PM

[Quoted text hidden]

# EXHIBIT F

 Outlook

## 11/29/22 PM Shift with Diana and Amparo NSO

**From** Kelly, Shana (DPH) <shana.kelly@sfdph.org>

**Date** Thu 12/1/2022 1:10 PM

**To** Antoc, Maria Roella (DPH) <mariaroella.antoc@sfdph.org>

**Cc** Van Ewijk, Brigitta (DPH) <brigitta.vanewijk@sfdph.org>; shana kelly <shanabayna09@yahoo.com>; Chaney, Shanna (DPH) <shanna.chaney@sfdph.org>

Dear Maria,

Thank you for meeting with me Wednesday 11/30/22 regarding 11/29/22. Per our discussion on 11/30/22, I shared with you that last night, Tuesday, 11/29/22, I agreed to adjust my overtime shift to cover the PM Shift 11/29/22. I was originally scheduled to leave at 10:30PM and stayed until 11:20PM to help the office.
I worked with Brigitta on the PM shift. Amparo and Diana came to relieve the shift working AM shift. The AM shift I prepared was only -5 coaches and extremely manageable. During the shift change, I was guiding Diana in placing and moving staff as the calls were coming in. At the start of the shift, I gave her an above and beyond clear verbal and written report and was hands on in communicating and making updates and changes and resolving things to the existing current staffing of the AM shift as changes came in, guiding her both verbally and providing a visual by updating the summary.

Diana was upset about why I moved modified RN, Lin Li from a door watch assignment to a South 3 coach assignment because the previous night it was there during the shift she worked. I explained to her in a scenario, how would we have known to keep Lin Li there... (as modified staff move) and no notes were left in the designated comments area for the AM shift. I was trying to help because the shift was really out of control, and she was getting behind and there were several things to input accurately and changes to make in real time and it wasn't happening.

Diana was getting frustrated, but I continued to guide her and support her. She shouted at Brigitta, that she will need to wait for asking something along the lines of what was that/ who was that referring to a call as a call came in. Right after I was guiding her through a call and she told me if I stopped talking, she could hear, when I asked her a question *to help me guide her* with staffing. Then Diana called me a "Choco" in Spanish right in front of my face (I was standing at one end of the cubicle she was at) with Amparo present (standing at the other end of the cubicle she was at) also right in front of her, (all of 3 us within 2 feet of each other. I asked her what after said called me a Choco, because she called me a name in Spanish with a tone, and I wasn't familiar with that slang term in Spanish, as I speak only some Spanish. Instead of her responding, or saying it in English, Amparo still standing right in front of her responded by shouting extremely loud at me to Go, Go, Leave, after questioning if I gave Diana a report and I responded that I had. I found out later that day that Choco in Spanish means stupid, lazy, blind, dumb. Amparo did not redirect Diana to not name call me in Spanish, which made Diana more empowered.

Another thing, I brought up was that I didn't appreciate Diana's recent use of the word nigga in conversation around me in the office.

Sincerely,

Shana Kelly

Thank you,
Shana

**From:** Antoc, Maria Roella (DPH) <mariaroella.antoc@sfdph.org>
**Sent:** Thursday, December 1, 2022 5:23 PM
**To:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Cc:** Van Ewijk, Brigitta (DPH) <brigitta.vanewijk@sfdph.org>; shana kelly <shanabayna09@yahoo.com>; Chaney, Shanna (DPH) <shanna.chaney@sfdph.org>
**Subject:** Re: 11/29/22 PM Shift with Diana and Amparo NSO

Thank you Shana. I hope that you and Diana will be able to talk about the incident next week. I will also meet with her to give her the feedback. I hope that everyone in the nursing office get along professionally. It is already challenging in our work place due to our recertification, we do not want rift between staff. Let us try to resolve issues as best as we can so we can work harmoniously in the nursing office. Thanks again.

Maria Roella Antoc, MSN, BSN, RN
Nursing Director for Nursing Operations
Behavioral Response Team (BRT),
Laguna Premier Club (LPC), Restorative Nursing
Nursing Services Support, Epic Superuser, CIT

office: (415) 759- 3541
pager: (415) 327- 4846
mobile: (415) 696-4304

*"The key to developing people is to catch them doing something right"*
                    *Ken Blanchard and Spencer Johnson*

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use or distribution included in this message and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this message and any attachment. Thank you.

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Thursday, December 1, 2022 1:10 PM
**To:** Antoc, Maria Roella (DPH) <mariaroella.antoc@sfdph.org>
**Cc:** Van Ewijk, Brigitta (DPH) <brigitta.vanewijk@sfdph.org>; shana kelly <shanabayna09@yahoo.com>; Chaney, Shanna (DPH) <shanna.chaney@sfdph.org>
**Subject:** 11/29/22 PM Shift with Diana and Amparo NSO

Dear Maria,

Thank you for meeting with me Wednesday 11/30/22 regarding 11/29/22. Per our discussion on 11/30/22, I shared with you that last night, Tuesday, 11/29/22, I agreed to adjust my overtime shift to

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Monday, March 13, 2023 9:44 PM
**To:** Antoc, Maria Roella (DPH) <mariaroella.antoc@sfdph.org>; Van Ewijk, Brigitta (DPH)
<brigitta.vanewijk@sfdph.org>; Chaney, Shanna (DPH) <shanna.chaney@sfdph.org>
**Cc:** Van Ewijk, Brigitta (DPH) <brigitta.vanewijk@sfdph.org>; shana kelly <shanabayna09@yahoo.com>; Chaney,
Shanna (DPH) <shanna.chaney@sfdph.org>
**Subject:** Re: 11/29/22 PM Shift with Diana and Amparo NSO

Hi Maria and Brigitta,

Maria,

Thanks for meeting with myself and Diana January 26th, 2023, regarding the incidents I mentioned on or
around 11/29/22 where Diana name-called me in Spanish 11/29/22 and used n- word in conversation
with me shortly prior to 11/29/22.

As recommended, that we work professionally; I feel I have been, considering.

Diana's special schedule had her on PM shift with me 03/08/23. A phone call came in right before 5PM
where staff was informing her that he will be modified. She spent a lot of minutes going over his name
and directing him to the email.
I felt before they ended their call it was important to get the Dr. approved dates when Modified Duty
starts for this person (literally the following day) being that he was on the schedule the shift after next.
His email she directed him to may not be seen in time with the abundance of emails, and One Staff most
likely would not get updated and he would easily be counted on the floor Full Duty in error affecting
staffing, if not coded.

I simply said just that, and she responded with her mouth wide open and annoyed with my suggestion
and with lots of attitude directed at me said " I was getting to that" with a wide mouth open smirk.

I already feel she creates a hostile environment, so I practiced some self-·care on that shift and took a
walk to my car to grab a sandwich and coffee drink and take some much-needed deep breath techniques
after putting the Nursing Hours downstairs for the shift. I see I was docked for this 1 hour, shorting my
time. Can I please have that time be coded Kincare?

I was hoping that since Brigitta was here as I left shortly after Diana's response and shortly after the start
of Dr. Huddle where Brigitta left to at 5PM ...I was hoping that of the hour, some of that 1-hour time
would be offset and counted toward my break and what's remaining to Kincare.

I left that shift sick at 8PM and was miss coded sick from 8pm to 11pm not 1130 when the shift ends. If
that can please be adjusted too? I am missing half hour.

I was very anxious that shift and even had an unusual, startled PTSD "hi ya" karate chop type defense
response when I thought it was Diana behind me because I heard her talking from somewhere in the
NSO and something tapped me, but it was really another Supervisor.

cover the PM Shift 11/29/22. I was originally scheduled to leave at 10:30PM and stayed until 11:20PM to help the office.

I worked with Brigitta on the PM shift. Amparo and Diana came to relieve the shift working AM shift. The AM shift I prepared was only -5 coaches and extremely manageable. During the shift change, I was guiding Diana in placing and moving staff as the calls were coming in. At the start of the shift, I gave her an above and beyond clear verbal and written report and was hands on in communicating and making updates and changes and resolving things to the existing current staffing of the AM shift as changes came in, guiding her both verbally and providing a visual by updating the summary.

Diana was upset about why I moved modified RN, Lin Li from a door watch assignment to a South 3 coach assignment because the previous night it was there during the shift she worked.  I explained to her in a scenario, how would we have known to keep Lin Li there... (as modified staff move) and no notes were left in the designated comments area for the AM shift.  I was trying to help because the shift was really out of control, and she was getting behind and there were several things to input accurately and changes to make in real time and it wasn't happening.

Diana was getting frustrated, but I continued to guide her and support her. She shouted at Brigitta, that she will need to wait for asking something along the lines of what was that/ who was that referring to a call as a call came in.  Right after I was guiding her through a call and she told me if I stopped talking, she could hear, when I asked her a question *to help me guide her* with staffing. Then Diana called me a "Choco" in Spanish right in front of my face (I was standing at one end of the cubicle she was at) with Amparo present (standing at the other end of the cubicle she was at) also right in front of her, (all of 3 us within 2 feet of each other.  I asked her what after said called me a Choco, because she called me a name in Spanish with a tone, and I wasn't familiar with that slang term in Spanish, as I speak only some Spanish. Instead of her responding, or saying it in English, Amparo still standing right in front of her responded by shouting extremely loud at me to Go, Go, Leave, after questioning if I gave Diana a report and I responded that I had. I found out later that day that Choco in Spanish means stupid, lazy, blind, dumb. Amparo did not redirect Diana to not name call me in Spanish, which made Diana more empowered.

Another thing, I brought up was that I didn't appreciate Diana's recent use of the word nigga in conversation around me in the office.

Sincerely,
Shana Kelly

# EXHIBIT G

connection to my meal period when I needed a much more reasonable additional time, and I communicated that I would be going on break.

From: Kelly, Shana (DPH) <shana.kelly@sfdph.org>
Sent: Tuesday, January 9, 2024 7:30 PM
To: Kaushik, Rajesh (DPH) <rajesh.kaushik@sfdph.org>; Enriquez, Ileana (DPH) <ileana.enriquez@sfdph.org>; shana kelly <shanabayna09@yahoo.com>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Rivera, Hector (DPH) <hector.rivera1@sfdph.org>
Subject: Fw: 11/29/22 PM Shift with Diana and Amparo NSO

Hi Raj / HR,

After reporting Diana's comments with racist connotation toward me( n word and Choco) / workplace violence that is still unresolved  (her thrashing my purse that prompted me to call The sheriff's department) she is working on my shift with me creating negativity as usual TOWARD ME. She essentially is inattentive to duty over paying staff extra overtime,  getting some attitude when it was brought to Supervisor attention. This was discovered on the in staffing worksheet as I was finalizing my staffing seems that Jun told her this after I was discussing the unit changes to her and. Diana refused to answer call after call constantly texting and emailing HR ,  overloading me as May focus is Payroll not Staffer most PM shifts.

The workload was divvied up/ organized and communicated to Supervisors prior and present shift and to Diana in an effort to safely / professionally go about her in the office and I did a buddy system even for my lunch as May is functioning as Payroll.  Jun, the supervisor today said just get along. This is a sensitive issue. The other day Diana reported that she did not get a report from me. When I gave her report before she called me a racist Choco name in frustration/ attitude during my report. These days I give the endorsement once to the person is logged in and ready to work as Diana came 20 min late both today and the shift she complained about on, doesn't log in and deep cleans her desk for many minutes providing no support and wastes lots of possible report time. Another time she was uninterested and was texting the cell phone and a lot of the verbal endorsement was not captured. Another time I gave her specific tasks where I did most that I did and informed her what is left for her to do both times when we split the shift and it was all undone, untouched and left for me. Today, May explained what I am working on and there was one OT report that May misspoke and quickly corrected about while explaining who is doing what and Diana got visibly upset and So What Are We Doing??  This happened after she didn't code at least 10 employees off the schedule this past week while we are critically short to scramble last minute and attempt to fix shift the shift which affects patient's care and employee safety.

I am the most senior staff in here physically with 2 staffers more senior than me not present at this time. I have been working PM shift after working several years AM shift like other staffers . AM shift was the shift Diana was hired for just a year ago where she hasn't completed a year as most of that/ half the year possibly is many many  absences, so much so a second staffer was hired to avoid being short on a regular basis. HR asked what I would like to do and my feedback was to move her versus me moving stated in my email to HR.

Thank You,

Shana

 Outlook

---

**Workplace Violence, personal property thrown Hate Crime N word use**

---

**From** Kelly, Shana (DPH) <shana.kelly@sfdph.org>

**Date** Fri 11/17/2023 3:08 PM

**To**  SFSO Complaints (SHF) <sfso.complaints@sfgov.org>

**Cc**  shana kelly <shanabayna09@yahoo.com>

I am addressing this to Internal Affairs of the Sheriff Office,

I involved the onsite Sheriff Dept on this and am following up.

I feel that meeting with you and Diana Vilanova on Thursday, January 26th, regarding my discomfort with Diana calling me a " Choco" name in Spanish and her floating the N-word around in the office in conversation (on or around 11/29/22) with me was really unproductive.


Tonight, on the Monday, April 3rd PM shift, Diana walked in at 2320PM, and I was swamped with calls and staffing, etc. PM Supervisor, Joyce, was requested to go to S4 at around 2300 PM. Diana asked for the Huddle report. I handed her the huddle report and continued with staffing calls and changes etc. She set up and logged in at the rear station nearest the microwave and went to the front station closest to the front door to her drawer. I was seated at a rear station nearest the TV facing the front of the office. While I'm taking calls, Diana at some point was smashing the strap attached to my purse over in over in her drawer pretending like she wasn't doing anything as it toppled over and she would grab it and manhandle it and it catch on the drawer she slammed repeatedly after grabbed off the floor from being helped thrown down. I stopped my calls and rushed in urgency, moved the chair out of the way, to retrieve my bag, and told her to STOP throwing my bag around like she is and not to touch and pick up my purse and throw it around) and IF she needs me to move it off the corner of the desk, then say that. DO not pick up my stuff and throw it around. I'm not doing anything, you're imbalanced and delusional crazy ass she said. So I said if she "not doing anything," do it again then. (since it was " nothing") She said what you gonna do about it? I don't give a  f##k about your raggedy bag anyway she said. I called Joyce, the Supervisor on Duty on the other side of the hospital. I called the Sheriff to get her away from me who hung up the first time and when I called back said to call my Supervisor. I called and texted a few Nursing staff and Operations Supervisors as I was trying to quickly get numbers.

Diana walked off her post at 2345 and said you figure this shit out I was in Nursing Office alone and looking out for Supervisor, Joyce from the door and hadn't seen Diana for at least 50 minutes.

I was really concerned about my safety and well-being when she did all those things. This is toxic, hostile unhealthy, and stressful for me.  I feel threatened and uncomfortable and disrupted by her and her antagonistic aggressive behavior.

Thank You,

Shana Kelly
6506690591
shana.kelly@sfdph.org
shanabayna09@yahoo.com

# EXHIBIT H

Thank You,

Shana

---

**From:** Morales, Marshall (DPH) <marshall.morales@sfdph.org>
**Sent:** Thursday, October 31, 2024 6:46 AM
**To:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>; Nayar, Priya (DPH) <priya.nayar@sfdph.org>; Kaushik, Rajesh (DPH) <rajesh.kaushik@sfdph.org>; Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; Grados, Teri (DPH) <teri.grados@sfdph.org>
**Subject:** Fw: Shana Kelly Flexible Work Schedule Form Completed

Good Morning All
Happy Thursday
Sec 217.7 States that Part Time 1429 can go into Full Time Position after one year
Shana Kelly has been here at LHH way longer than one year
The Union is asking why has she Not been made Full Time?
Please advise HR / Management
Thank You
Marshall Morales
Shop Steward / Chapter Officer
SEIU 1021

---

**From:** Jessica Inouye <Jessica.Inouye@seiu1021.org>   *(SEIU Field Representative over Laguna Honda)*
**Sent:** Monday, January 22, 2024 2:28 PM
**To:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>; Griffith, Caroline (DPH) <Caroline.Griffith@sfdph.org>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Mars, Dennis (DPH) <dennis.mars@sfdph.org>; Williams, Ramon (DPH) <ramon.williams@sfdph.org>; shana kelly <shanabayna09@yahoo.com>; Lam, Cindy Wingman (DPH) <cindy.w.lam@sfdph.org>; Claude Joseph <Claude.Joseph@seiu1021.org>
**Subject:** Re: Shana Kelly Flexible Work Schedule Form Completed

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hello-
Please refer to Civil Service Rule 214.7. PCS part time can advance to full time position after one year of service.

Sec. 214.7   Advancement from Part-Time Position to Full-Time

After one year of continuous permanent satisfactory service in a part-time position, the senior appointee in a class in the department may be advanced by the appointing officer to a full-time position. Advancement from a part-time position shall require a new probationary period.

Jessica Inouye

Fw: Exam Scores for 1429-Nurses Staffing Assistant from the City and County of San Francisco

shana kelly <shanabayna09@yahoo.com>
Mon 1/22/2024 12:29 PM
To:Morales, Marshall (DPH) <marshall.morales@sfdph.org>;Kelly, Shana (DPH) <shana.kelly@sfdph.org>

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, February 27, 2023, 1:45 PM, Ileana Enriquez (SF|Careers) <candidate.notifications@careers.sf.gov> wrote:

Seal of the City and County of San Francisco

2023-02-27

Hello Shana Kelly,

Congratulations! You have passed the exam and met a crucial milestone for the 1429-Nurses Staffing Assistant (RTF0127523-01055853) [Eligible List: 127555] hiring process with the City and County of San Francisco. Your results have placed you onto a ranked eligible list, which means that you are among the candidates that may be considered for a position with the City. *This list may be used by one or more City departments, so it is possible that you may hear from us for multiple openings.*

Hiring Process Progress Bar: Eligible Complete

As one of the final steps in the initial examination process, we are sending you your scores.

### Exam Score Breakdown

| Exam Name | Raw Score (R) | Status | Exam Weight (W) | High Score Possible | Passing (L) |
|---|---|---|---|---|---|
| Position-based multiple choice (not | 52 | Passed | 100% | 62 | 37.5 |

(banked)

These scores have given you a **Final Composite Score of 878** and a rank of 6.

**Important Information:**

The City's merit system rules provide you with the opportunity to check our math. The formula that we used to calculate your score is described below. If you suspect that there is an error in the calculation, please contact the Exam Analyst that was listed on the ad. If you registered for a Smartr Profile when you applied, you can quickly access the advertisement through your profile: Login or Register - Smartr. The score report will be posted on the Human Resources website within the next 24 hours; please check there to review the list and the list's inspection dates, as any errors must be reported during that window: Exam Results.

How To Calculate My Composite Score:

1) For each exam component above:

Weighted Score = ((Raw Score - Pass Point) / (High Score - Pass Point)) x (Weight/ 100)

*(handwritten note:)* took test (exam) again though not neccessary, had management applied seniority guidelines and hadnot failed to promote me.

# EXHIBIT I

Eligible List Posting

Page 1 of 2



**City and County of San Francisco Department of Human Resources**
**Eligible List**

| | | |
|---|---|---|
| **List ID:** | 064538  Permanent PBT | **List Type:** ENT |
| **Class:** | 1429  Nurses Staffing Assistant | **Scope:** |
| **Working Title:** | | |
| **Post:** | 3/22/2017  **Cert Rule:** Rule of Ten Scores | **Duration:** 12 Months |
| **Inspection Start:** | 3/15/2017  **Inspection End:** 3/21/2017 | **Adoption:** 3/22/2017 |

| Rank | Score | Last Name | First Name | Middle |
|---|---|---|---|---|
| 1 | 973 | SKEWES | RICHARD | L |
| 2 | 961 | ZOU | JIANMING | |
| 3 | 959 | ABARQUEZ | HANNAH | E |
| 3 | 959 | GUERRA | JOSEPH | |
| 4 | 945 | JORDAN | SHEILA | A |
| 4 | 945 | KELSEY | ELISA | L |
| 5 | 932 | QUIROGA | MARTHA | L |
| 5 | 932 | WONG | DIANAH | T |
| 6 | 918 | DE GUZMAN | JESSIE | |
| 6 | 918 | HEDIN | MARK | G |
| 6 | 918 | HOLLIS | CHERRISH | S |
| 6 | 918 | MORENO | MARIA | J |
| 7 | 905 | BUITRAGO | JASMINA | E |
| 7 | 905 | LIEU | KRISTEN | J |
| 7 | 905 | RAMIREZ | RICHARD | J |
| 7 | 905 | ROY | ROSALIND | S |
| 8 | 891 | FEKADU | MARY | |
| 8 | 891 | GALIENDES | MADONNA | |
| 8 | 891 | KUWAMOTO | YOSHIKO | |
| 8 | 891 | SANCHEZ | ELIZABETHE | M |
| 9 | 877 | KELLY | SHANA | M |
| 9 | 877 | KOSASIH | SANDRIN | M |
| 9 | 877 | LEE | JUNETTE | Y |
| 9 | 877 | THORP | MICHAEL | T |
| 10 | 864 | DEL ROSARIO | KAREN | A |
| 10 | 864 | TSANG | SHIU LEUNG RICHARD | |
| 11 | 850 | DERBIGNY | SHIKENNA | D |
| 11 | 850 | VILLANUEVA | ANNABELLE | A |
| 12 | 836 | GARDNER | MARY JANE | C |
| 12 | 836 | MACATIAG | ANGELEAH | |
| 13 | 823 | CHUNG | TYLER | T |
| 13 | 823 | DUNCAN | TANIA | R |
| 14 | 809 | CHUORN | RONNIE | |
| 14 | 809 | KHINE | MAY | T |
| 15 | 795 | JAYIN | PATRICIA | A |

*Khine, may hired 1 year after me even with 14 rank and may Khine is Full time before me in 2023.*

# INFORMATION ABOUT CITY AND COUNTY EMPLOYMENT

## Job Opportunities
All announcements for permanent job opportunities and civil service examinations are available online at the Department of Human Resources ("DHR") website at www.sfgov.org/dhr. Also available online is a wide variety of information for both applicants and City employees, including employee benefits information and information about the City's application and examination processes.

## Classification
Positions in the City have been classified by DHR according to their duties and responsibilities. Positions that are comparable in the type of work performed and in level of difficulty and responsibility are placed in the same classification so that they will be treated alike for purposes of recruitment, examination, transfer and pay.

DHR assigns positions to classifications. Each classification has a job code number and descriptive title, as well as a list of typical duties and responsibilities.

## Salary Step Increases
When you are initially employed, your salary is generally set at the first step of a typical five-step pay range. Most steps are approximately 5% higher than the previous step. Check your collective bargaining agreement for the specific terms covering advancement through the salary steps.

## Appointment above the Entrance Rate
For information about the criteria for hiring employees above the entry step of a classification, consult your collective bargaining agreement or, in the case of employees not covered by such an agreement, the Unrepresented Employees Ordinance. You may contact your departmental personnel officer or payroll representative for assistance.

## Examinations
The City is dedicated to recruiting and hiring fairly and on the basis of merit. In furtherance of this goal, the majority of City jobs are filled through the civil service examination process. Examinations are announced on a weekly basis. Each announcement will state the minimum qualifications for the position as well as the deadline for applying. Visit the DHR website at www.sfgov.org/dhr or visit the Employment Information Center located on the 4th floor at 1 South Van Ness Avenue for more information.

## Responsibilities of Applicants
Applications for City positions must be filed by the time specified in the announcement. Every applicant for an examination must possess and maintain the qualifications required by law and by the examination announcement for the examination. It is essential to be honest in

# EXHIBIT J



# San Francisco Department of Public Health

# CODE OF CONDUCT

**San Francisco Department of Public Health**

Office of Compliance and Privacy Affairs

Office of Compliance and Privacy Affairs, San Francisco Department of Public Health
101 Grove Street, Room 400, San Francisco, CA 94102
Office email: compliance.privacy@sfdph.org
Confidential Compliance and Privacy Hotline: 1-855-729-6040 toll-free
Calls may be made confidentially and anonymously – Always remember: DPH has a non-retaliation policy

San Francisco Department of Public Health
Office of Compliance and Privacy Affairs
Code of Conduct

- Protecting our reputation.

4. DPH Commitment to Employees

### 4.1. Workplace Conduct

Our employees are the key to our long-term success. DPH promotes a work environment that fosters transparency, communication, creativity, teamwork, productivity, and employee engagement.

We understand that we thrive when we respect one another. We are proud of our collegial environment that honors diversity and dignity for all. We listen to and respect the opinions of others, even when our views differ. When caring for our patients and serving our members and clients, we strive to act with courtesy, in a careful and considerate manner, and with a high degree of professionalism – never forgetting our responsibility for our patients' and each other's well-being.

### 4.2. Non-Discrimination

DPH has a diverse workforce, possessing a wide complement of talents and traits, which greatly contributes to our success. DPH complies with all laws, regulations, and policies related to non-discrimination in all personnel actions, including recruitment, hiring, compensation, reductions, reassignments, layoffs, corrective action, discipline, recalls and promotions. DPH does not discriminate against any individual with a disability with respect to any offer, term or condition of employment, and makes reasonable accommodations to the known physical and mental limitations of qualified individuals with disabilities.

### 4.3. Non-Harassment

Harassment undermines our ability to work together and is contrary to our beliefs in personal dignity and respect for each other. DPH is committed to maintaining an environment that is free of unlawful harassment and intimidation. We do not tolerate harassment of any kind by anyone working in our facilities.

Harassment includes any behavior or conduct that unreasonably interferes with an individual's work performance or creates an intimidating, hostile or offensive work environment. A few examples of harassment are:

- Jokes, insults, threats, and inappropriate comments concerning a person's race, color, gender, gender identity, age, religions, national origin, ancestry, citizenship, physical or mental disability, veteran status, or sexual orientation.
- Unwelcome or inappropriate sexual advances, sexual remarks, display of offensive material, requests for sexual favors, and other unwelcome verbal or physical conduct of a sexual nature.
- Verbal or physical conduct that disrupts another's work performance or creates an intimidating or hostile work environment.
- Communicating or displaying of offensive material in the workplace.

### 4.4. Bullying in the Workplace

DPH is committed to maintaining an environment that is free of unlawful intimidation or bullying in the workplace. Bullying involves repeated incidents or a pattern of behavior that is intended to intimidate, offend, degrade or humiliate a particular person or group of people. It can also be described as the assertion of power through aggression. Bullies often use tactics such as blaming for errors, unreasonable work demands, sabotaging someone's work, insults, putdowns, stealing credit, threatening job loss, and discounting accomplishments.

### 4.5. Workforce Development

DPH encourages its employees to continue their education and training while they work with us. DPH places a priority on promoting employees internally and supports educational opportunities, including internal training, scholarships, and tuition reimbursements that can advance employees' careers.

The DPH Workforce Development Division is engaged in a variety of employee development and training initiatives such as, racial humility and trauma-informed systems, staff mentoring, training and coaching for supervisors and managers, interdepartmental training programs, strategic planning for the future workforce (Lean A3, succession planning). DPH collaborates with learning institutions to offer classes through the City University program; facilitates organizational development projects (e.g., team building, retreats); and develops staff as leaders. These internal programs and events are designed to work together to support diversity and inclusion throughout DPH.

## 5. Records Integrity

### 5.1. Complete and Accurate Records

It is DPH's duty to create and maintain records that are accurate, complete, and in compliance with all applicable laws and regulations. DPH prepares and maintains business records and communications that are used to make critical decisions within the department. DPH business records may also be reported outside DPH to regulators, the Health Commission, accrediting bodies, and the public.

DPH staff must never create or change a document for the purposes of misleading anyone, and no relevant information should ever intentionally be left out, hidden, falsified, or covered up.

### 5.2. Record Retention and Destruction

No DPH employee may destroy organizational records (business, financial, and medical), except as allowed by federal, state, and local laws, and the DPH Records Management Policy. Records include information in any format, including but not limited to paper, electronic, audio, or video.

Documents requested for any government investigation or legal proceeding or documents relevant to any expected government audits, investigation or legal proceeding must not be altered or destroyed in any manner.

## AFTER YOU ARE HIRED

### Attendance and Punctuality
Regular and prompt attendance is an essential requirement of your job. As a City employee, you are to report to your work station at your scheduled work time. Your time records must accurately reflect the time you start work and the number of hours worked in every work day.

All planned absences must be requested and approved in advance. If illness or some other emergency causes an unplanned or unforeseeable absence, you must notify your department as soon as possible on the first day of absence, and keep the department advised daily during the absence. In the case of an extended unforeseeable absence, you may be asked to complete forms and submit medical certifications as appropriate during your leave. Improper use of sick leave, failure to present medical certification when required, excessive absenteeism, tardiness, unauthorized absence or failure to notify your department when you are unable to report to work, may result in sick leave restriction, disciplinary action or termination.

### Appearance and Dress Code
As a City employee, you represent the City and your department when you are on duty and/or when you are in a City uniform. Employees are expected to be neat and clean, and to dress for work according to generally accepted business and professional standards as dictated by their work assignment and as required by their department. The City reserves the right to restrict dress for legitimate reasons relating to safety, hygiene or environmental conditions.

### Maintenance of Minimum Qualifications
You must possess and maintain the qualifications required by law and by the announcement of the examination under which you were appointed.

### Business Hours
Except as otherwise provided in a collective bargaining agreement applicable to you or based on your department's operational needs, the typical workweek is 40 hours, consisting of five workdays of eight hours each. The City's official business hours are from 8:00 a.m. to 5:00 p.m.

### Overtime and Compensatory Time Off
If you are required by your manager/supervisor to work overtime, contact your departmental personnel officer for information regarding your eligibility for overtime payment or compensatory time off. Employees in classifications designated "Z" are exempt from overtime under the Fair Labor Standards Act, but may be entitled to compensatory time off if provided by the collective bargaining agreement.

Further information regarding overtime and compensatory time off is contained in the various collective bargaining agreements between the City and employee organizations, located on the Department of Human Resources' ("DHR") website at www.sfgov.org/dhr.

## Pay Periods

Employees are paid biweekly, usually every other Tuesday. Employees are encouraged to enroll in direct deposit and to receive paystubs electronically; for more information, go to www.sfgov.org/paystub.

## Payroll Deductions

All employees are subject to withholding of federal and state taxes as required by law. Depending on your status (temporary or permanent), date of hire, eligibility for State Disability Insurance benefits, membership in the San Francisco Employees' Retirement System, and representation by an employee organization, deductions may also be made for health insurance, the employee pension contribution, SDI taxes, union dues or fees, Medicare Hospital Insurance and/or Social Security taxes.

You may choose to have a number of amounts withheld from your paycheck by submitting an authorization form to their departmental payroll office. For specific information, contact your departmental personnel officer or payroll office.

## Garnishment

If the City receives a court order to garnish your wages, the City must comply with that order. A garnishment will reduce your take-home pay. If you have questions about your paycheck, contact your departmental payroll representative.

## Probationary Period

All appointments to permanent civil service positions require that you serve a probationary period. The probationary period is the final and most important phase of the selection process. This period is used to evaluate your performance and suitability for the position. The duration of the probationary period is governed by the collective bargaining agreement. Absences from work will extend your probationary period. For information about the length of your probationary period, consult your departmental personnel officer or collective bargaining agreement.

The department's appointing officer may release an employee at any time during the probationary period. At the conclusion of the probationary period, your department head may recommend permanent appointment, release from the position, or an extension of the probationary period. You may also be required to serve an additional probationary period in certain circumstances, such as transferring to a different department.

# HOLIDAYS AND VACATION

## Holidays

The City observes the following holidays:

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King, Jr. Birthday | Columbus Day |
| Presidents' Day | Veterans' Day |
| Memorial Day | Thanksgiving |
| Juneteenth | Day after Thanksgiving |
| Independence Day | Christmas Day |

If any of these legal holidays falls on a Sunday, the Monday becomes the legal holiday. If any of these holidays falls on a Saturday, the preceding Friday is observed as a holiday. Some offices must remain open and staffed on Fridays that are observed as holidays. If you are required to work on a holiday, contact your departmental personnel officer or refer to your collective bargaining agreement for information on rates of pay or a day off in lieu of the holiday.

## Floating Holidays

Your collective bargaining agreement may also provide for floating holidays. Employees may not be entitled to take floating holidays until after completion of six months of continuous service. Requests to use floating holidays are subject to the approval of the appointing officer and the provisions of the applicable collective bargaining agreement. Contact your departmental personnel officer or payroll representative for more information.

## Vacation

The City provides annual vacations for employees who work a regular schedule and who have completed one year or more of continuous service. Certain temporary exempt employees may also be eligible for vacation benefits. You are not eligible to use vacation in the first year of continuous service; however, at the end of one year of continuous service, you will be awarded a vacation allowance at the rate of .0385 of an hour for each hour of paid service in the preceding year and will be eligible to use accrued vacation time. For the purpose of computing vacation, most employees may be credited with no more than 2080 hours of service in a 12-month period.

An additional vacation entitlement will be awarded after five years of continuous service, usually 40 hours for full-time employees. After fifteen years of service, full-time employees will receive an additional 40 hours.

The maximum vacation entitlement in any 12 month period and maximum accrual permitted for most employees are provided in the chart on the following page.

## LEAVES OF ABSENCE

Leaves of absence are governed by the Civil Service Rules, the collective bargaining agreements and state and federal law. This section provides information on a number of the City's various leave types; however, it is not an exhaustive list. For information on all leaves, or for more information about a particular leave of absence, please consult your departmental personnel officer and/or refer to the Civil Service Rules located on the Civil Service Commission's website at www.sfgov.org/civil_service, and the applicable collective bargaining agreement located on the Department of Human Resources' ("DHR") website at www.sfgov.org/dhr.

For all planned leaves, you must submit your leave request to your supervisor and receive approval in advance. The specific deadlines for different types of leave vary. Consult your departmental personnel officer for details.

Depending on the type of leave you request, you must complete the appropriate form and comply with the specific requirements for that type of leave. All requests for leave of more than five working days must be made in writing on the appropriate form. Please see your departmental personnel officer for more information.

### Sick Leave
Please refer to your collective bargaining agreement and the Civil Service Rules or contact your departmental personnel officer for more information regarding sick leave accrual, usage, and notice and verification requirements.

#### Accrual of Paid Sick Leave
Sick leave with pay is a privilege under the Civil Service Rules, Charter and City Ordinance.

Most full time employees earn 13 8-hour working days per year of paid sick leave under the Civil Service Rules. Unused sick leave accrued under the Civil Service Rules may be accumulated from year to year up to a maximum of 130 8-hour working days.

Some employees may be entitled to accrue sick leave under Chapter 12W of the Administrative Code. Please contact your departmental personnel officer for more information.

#### Sick Leave without Pay
You may be eligible to take sick leave without pay. Please refer to the Civil Service Rules and any applicable collective bargaining agreement for more information.

#### Use of Sick Leave
You may not use sick leave with pay accrued under the Civil Service Rules during your first 6 months of employment with the City.

# EXHIBIT K

## ARTICLE II – EMPLOYMENT CONDITIONS

### A.    NO DISCRIMINATION

#### Discrimination Prohibited

76.    The City and Union agree that no person employed or applying for employment shall in any way be discriminated against because of race, color, creed, religion, sex, national origin, physical handicap, physical disability, age, political affiliation or opinion, sexual orientation, gender identity, marital status, or other non-merit factors, nor shall a person be the subject of sexual harassment as prohibited by State or Federal law, or be subject to illegal harassment.

77.    In the event more than one administrative remedy may be available within the City and County governmental system of San Francisco, the Union and the employee shall elect only one. The election is irrevocable.

#### Reasonable Accommodation

78.    The Parties agree that they are required to provide reasonable accommodations for persons with disabilities in order to comply with the provisions of the Americans with Disabilities Act and the Fair Employment and Housing Act, as amended by the Prudence Kay Poppink Act. The City reserves the right to take any action necessary to comply therewith.

79.    If there is a conflict between a proposed accommodation and this Agreement, the City will notify the Union and, upon request, meet with the Union within ten (10) business days to attempt to resolve the issue. The parties may extend this time limit by mutual agreement. During the reasonable accommodation process, an employee has the right, upon request, to Union representation.

80.    When an employee requests an accommodation pursuant to the ADA and the Fair Employment and Housing Act, as amended by the Prudence Kay Poppink Act, the City and its Departments shall meet with the employee and, at the request of the employee, with the employee's Union representative. The City/Department will inform the employee and the representative of the status of the employee's request for an accommodation and of the resolution of the request. As necessary, and on a case-by-case basis, the City/Department will meet with the Union representative to review problems concerning reasonable accommodation.

81.    Departments shall maintain files on formal reasonable accommodation requests that include information related to: status of accommodation requests and the resolution of closed accommodation requests.

82.    Following a reasonable period of time after the employee has submitted the information required for a reasonable accommodation but not later than thirty days, the City shall provide a written response to the employee's request. The written response shall include an update on the status of the employee's request. When the City grants an accommodation, the City shall provide a written description of the accommodation to the employee. If no accommodation is granted, upon request the City shall provide a written reason for the denial to the employee. If no accommodation in the current assignment is possible, the Employer shall evaluate alternative job assignments for possible accommodation. While the employee's request for reasonable accommodation is pending, the Employer shall make every reasonable effort to provide a modified work duty assignment pursuant to the provisions of VII. B. Return to Work, of this Agreement.

*ARTICLE II – EMPLOYMENT CONDITIONS*

Complaints of Discrimination

83.    Discrimination complaints will be treated in strict confidence by both the Union and the City.

84.    Progressive disciplinary action shall be imposed by the City upon any employee found to have engaged in discriminatory conduct in violation of this section.

No Discrimination on Account of Union Activity

85.    Neither the City nor the Union shall interfere with, intimidate, retaliate, restrain, coerce or discriminate against any employee because of the exercise of his/her rights granted pursuant to this Agreement, the Employee Relations Ordinance and the Meyers-Milias-Brown Act. No employee seeking promotion, reassignment or transfer shall in any way be discriminated against because of their Union activities.

## B.    PROBATION

86.    All permanent appointees shall serve a six month probationary period, except as provided below:

87.    1.    Employees who move from a part-time to a full-time position within a classification shall be subject to a three (3) month probationary period in the full-time position;

88.    2.    Employees who move, in a flexible staffing series of classifications, except to a supervisory position, will have a three (3) month probationary period in the new position;

89.    3.    Employees who move to a new department in the same class or former class will serve a three (3) month probationary period;

90.    4.    An employee who is appointed to a permanent position shall have his or her probationary period reduced by the time served by that employee in the same classification in the same department, but all such probationary periods shall be at least three (3) months.

91.    5.    When an employee is reinstated to a permanent position in a former class in a department other than the department in which the probationary period had been completed (in the former class) the employee shall serve three (3) months probationary time.

92.    6.    A six (6) month probation will be required following promotion to a higher classification.

93.    7.    When an employee's position changes by permanent transfer to the same class in another department, by disability transfer, reduction in force due to technical advances, automation or the installation of new equipment the employee shall serve three (3) months probation time.

*ARTICLE II – EMPLOYMENT CONDITIONS*

8. When an employee is returned as permanent following layoff, involuntary leave or resignation to a class or department other than the one left, the employee shall serve three (3) months probationary time. *Vilanova, D resigned after n-word meetins 01/2023 for 1 month+*

9. A current regularly scheduled provisional employee who receives a permanent appointment in his or her class in another department shall have his or her probationary period reduced by the time served by that employee in the same classification, but all such probationary periods shall be at least three (3) months. *management + H.R. allowed her back*

10. The probationary period for 8237, 8238 and 8239 Public Safety Dispatchers hired on or after July 1, 2007 shall conclude six (6) months after an employee's successful completion of the Department of Emergency Management training program.

A probationary period may be extended by mutual agreement, in writing, between the Union and the City.

An employee who is granted a leave while serving a probationary period shall have such probationary period extended by the period of such leave in order to complete the required period of service. Disability leave shall extend the probationary period in all cases.

Any employee who is returned to duty to a position in another department after layoff or displacement, and who has displaced an incumbent in such position, is entitled to an introductory meeting with the new department. The purpose of the meeting is to review the job duties and expectations for the new position and to provide the timeline and framework for training and orientation. After thirty (30) days, the employee is entitled to a review of his or her performance. If the employee is not meeting standards, the supervisor will meet with the employee and, upon request, the union representative, to identify ways for the employee to bring his or her performance to a satisfactory level.

## C. CONTRACTING OUT OF WORK

Due to the size of the bargaining unit and the diversity of the classifications and employees within the unit, which enable the employees to perform various services in the diverse communities served by the City, the Mayor and the Union agree that, for the term of this Agreement, the Mayor shall instruct the City's Department Heads over whom he has budgetary authority that:

Department heads shall not initiate and the Mayor shall not approve requests to contract out any routine work currently performed by existing employees represented by the Union; and

Department heads shall not lay off current bargaining unit members or eliminate existing bargaining unit positions as a result of contracting out.

This instruction shall not in any way affect (i) existing contracts (which shall include proposed contracts funded with monies appropriated in the 1996-97 budget), (ii) renewals, amendments or extensions of those contracts, or (iii) new contracts either for services already contracted out or arising from the City's receipt of new and/or additional federal, state, or grant funds designated for new or unique programs. However, such funds shall not include growth in general fund or enterprise revenues in force and effect at the time of the signing of this Agreement.

# EXHIBIT L

 Outlook

## Re: Shana Kelly Flexible Work Schedule Form Completed

**From** Kelly, Shana (DPH) <shana.kelly@sfdph.org>

**Date** Thu 10/31/2024 6:52 PM

**To** Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Nayar, Priya (DPH) <priya.nayar@sfdph.org>; Kaushik, Rajesh (DPH) <rajesh.kaushik@sfdph.org>; Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; Grados, Teri (DPH) <teri.grados@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>; shana kelly <shanabayna09@yahoo.com>

Hi All,

I would like to meet next week during the afternoon regarding Sec *214.7 where Part time can go into Fulltime position after 1 year. I been a 1429 part time since 2016. This department has hired from outside and made other employees fulltime outside of the order of seniority and or passing the 100% weighted exam for the *1429.

Please refer to Civil Service Rule 214.7. PCS part time can advance to full time position after one year of service.

Sec. 214.7     Advancement from Part-Time Position to Full-Time

I am a seeking a solution.

Thank You,

Shana

---

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Thursday, October 31, 2024 3:58 PM
**To:** Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Nayar, Priya (DPH) <priya.nayar@sfdph.org>; Kaushik, Rajesh (DPH) <rajesh.kaushik@sfdph.org>; Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; Grados, Teri (DPH) <teri.grados@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>
**Subject:** Re: Shana Kelly Flexible Work Schedule Form Completed

Hi All,

I would like to meet next week during the afternoon regarding Sec 217.7 where Part time can go into Fulltime position after 1 year. I been a 1429 part time since 2016. This department has hired from outside and made other employees fulltime outside of the order of seniority and or passing the 100% weighted exam for the 14269.

I am a seeking a solution.

# EXHIBIT M



Leeset Torres, EEO Programs Manager
(she, her, hers)
**Department of Human Resources**
**One South Van Ness Ave., 4th Floor**
**San Francisco, CA 94103**
**Website: www.sfdhr.org**

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Thursday, September 12, 2024 5:02 PM
**To:** McGregor, Marvin (DPH) <marvin.mcgregor@sfdph.org>; Van Ewijk, Brigitta (DPH)
<brigitta.vanewijk@sfdph.org>
**Cc:** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>;
Sidhu, Diltar (DPH) <diltar.sidhu@sfdph.org>; Dentoni, Terry (DPH) <terry.dentoni@sfdph.org>; Rivera, Hector
(DPH) <hector.rivera1@sfdph.org>
**Subject:** Re: Today PM shift Staffing Incident

Good afternoon, Marvin,

I appreciate your response.

I did say in my original email that I generally find it works better to keep my
communication *short* with Brigitta with consideration to her past interactions that you say you
cannot speak on but has been noted with emails and such. This office environment is extremely
fast paced and deadline sensitive, so phone calls generally are quick.

I am glad that my suggestion for Brigitta to refresh the screen to make it visible in One Staff that
PCA from N2 on PM shift was in fact taken out for her call off from the shift ( fmla x1).

At the end of my brief explanation of the staffing, I ended my call quickly with both a Thank You
and a Bbye and that is how my call ended. I am 1000% certain I said, "Thank You and Bbye".

 Each, both the Thank you as well as the Bbye would suffice as ending the call. I basically said
"Bye" twice.

One other thing that comes to mind is how frequent it is for the phone quality to " cut in and out"
with countless phone quality work orders placed from Nursing Office regarding our equipment.

This start of shift today, 09/12/24 for example nobody seems to be able to hear me on this
receiver and Royce Shia will be called to fix the phone at the station I sit at, per Melanie Ferrer
(Nurse Ops Supervisor). An email will be sent by Mel to Royce to replace my phone per Mel.
Per Mel it appears that no one can hear me during many of my calls today.

This interaction with the phone per Brigitta warrants gas lighting/ threatening me /and is
reportable and the past interaction(s) I mention in my original email however is not regarding
fellow staffer, Diana and her use of n word and Choco toward me.
This was emailed/ discussed to Brigitta, and she did not report to HR, where Brigitta's position
was to say I was being too sensitive.
This was after demands regarding staffing the hospital and floating her float staff (S6 at the
time) to not have another unit missing 2 or more license.

Thank You,

Shana

**From:** McGregor, Marvin (DPH) <marvin.mcgregor@sfdph.org>
**Sent:** Thursday, September 12, 2024 9:07 AM
**To:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>; Van Ewijk, Brigitta (DPH) <brigitta.vanewijk@sfdph.org>
**Cc:** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>; Sidhu, Diltar (DPH) <diltar.sidhu@sfdph.org>; Dentoni, Terry (DPH) <terry.dentoni@sfdph.org>; Rivera, Hector (DPH) <hector.rivera1@sfdph.org>
**Subject:** RE: Today PM shift Staffing Incident

Good morning all,
Shana, I cannot speak to the history of previous incidents, but I was present during the encounter yesterday. We were in a meeting with PMS nursing leaders to go over the relocations from PMS to N2. Therefore Brigitta could not speak at that time. But when she called and spoke with you because we still saw staff on the schedule. You were correct that we needed to refresh our screens, but I have to say that your communication after advising to refresh was short. You said, "You have to refresh your screen. I have to go!" After hearing you say go, you terminated the call.

**Marvin McGregor, MHA, MSN, RN, PHN, NE-BC**
Nursing Director, North Mezzanine, North 1 & North 2
Laguna Honda Hospital and Rehabilitation Center
375 Laguna Honda Boulevard, San Francisco, CA 94116
Phone: (415) 759-3314
Pager: (415) 327-1947
Email: marvin.mcgregor@sfdph.org

 San Francisco Health Network
Laguna Honda Hospital
and Rehabilitation Center

"Leadership is about inspiring and motivating to achieve objectives, foster collaboration, decision-making, empowering, fostering trust, and providing direction."
CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, any disclosure, copying, use or distribution is prohibited. If you have received this communication in error, please contact the sender by reply email and permanently delete the message and any attachments

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Wednesday, September 11, 2024 1:23 PM
**To:** Van Ewijk, Brigitta (DPH) <brigitta.vanewijk@sfdph.org>
**Cc:** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; McGregor, Marvin (DPH) <marvin.mcgregor@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>; Sidhu, Diltar (DPH) <diltar.sidhu@sfdph.org>; Dentoni, Terry (DPH) <terry.dentoni@sfdph.org>; Rivera, Hector (DPH) <hector.rivera1@sfdph.org>
**Subject:** Today PM shift Staffing Incident

Hi Brigitta,

I received a message that you will report me as I fixed N2 staffing to reflect as complete for today's PM shift. I am feeling threatened that your past issues and micro aggressions and abusing positional power are interfering again.

Background: Years ago, I disagreed with shorting a unit 2 licenses staff with high census and you demanded I return your float license back to complete the unit ...after explanation of census and staffing and it being shift change, I ended the call fairly quickly. Since a few interactions like this I keep my calls

 Outlook

## Fw: Seeking support with this matter Shana Kelly Nursing Office

**From** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Date** Fri 11/17/2023 2:03 PM
**To**   Lucas, Stacey (HRD) <stacey.lucas@sfgov.org>; Escobar, Francisco (DPH) <francisco.escobar@sfdph.org>

Hi HRD,

Please see thread below.

Thank You,

Shana

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Friday, November 17, 2023 1:07 PM
**To:** Jessica Inouye <Jessica.Inouye@seiu1021.org>
**Subject:** Fw: Seeking support with this matter Shana Kelly Nursing Office

**From:** Kelly, Shana (DPH)
**Sent:** Friday, November 17, 2023 11:30 AM
**To:** Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Rivera, Hector (DPH) <hector.rivera1@sfdph.org>; Williams, Ramon (DPH) <ramon.williams@sfdph.org>; Claude Joseph <Claude.Joseph@seiu1021.org>
**Cc:** shana kelly <shanabayna09@yahoo.com>; Mars, Dennis (DPH) <dennis.mars@yahoo.com>; undefined
**Subject:** Seeking support with this matter Shana Kelly Nursing Office

Hi Marshall and HR, SEIU Union,

I came in 11/14/23 on PM shift to find out that my schedule for this Saturday and Sunday 11/18 and 11/19 (4 and 5 days away) this weekend was taken off because Brigitta is working as Nurse Operations. Additionally, a day later on 11/17/23 a Holiday schedule was removed, and another staffer was put in two Holidays in a row outside of rotation.

An issue occurred recently with Brigitta Van Ewijk on a Saturday shift 10/22 who was Supervisor on the Day shift. Brigitta has been in the NSO approximately a little over 1 year. My time was input as a miss code, and I was early to my shift, and she wanted to dock me anyway after I explained that I was on schedule for a split shift initially.

Brigitta has shown lots of disrespect towards me since an incident I reported 11/2022 where another staffer, Diana- hired 7/2022 called me a derogatory word (Choco) in Spanish and was floating the N-word around in the office. (I emailed Brigitta this). When I reported this to Brigitta around 11/2022, she said my problem is that I am too sensitive, essentially saying to me that she/ leadership subscribes to this.

She and Maria Antoc were emailed the going- ons regarding this and a meeting took place in January with Maria and Diana.

At the meeting, I told Diana I do not want her saying the N word and calling me names in Spanish, her response was she doesn't want to work here anymore.

On 10/22/23 Brigitta was bullying and berating me telling me she is the supervisor when she was acting disruptively toward me regarding things that she and another staffer were working on, and I was not as I was working on another time sensitive task. I looked to support with this and redirected her to the answer. As she enclosed on my space, I asked her to please give me space. She started trying to insult me and I asked her to stop and asked if she could give me a minute away from right directly in front of me to intimidate me.  She says things to me like " do not talk" I perceive Brigitta's antics towards me to be intentional bias/ racism.


Since then, she has expectations of final reports done by me different than other staffers. There's an example of this I emailed her a copy of what she signed off on with MANY numerical errors as " finalized " several times with another Staffer and apparently had a minor number correction that she was **proofing / editing** on *my* hand off which I pride on being accurate. Matching the census numbers was not a new task yet and it was acceptable to her with her signature on the shift prior to mine. Yet she started acting irrationally and aggressively accusing my numbers of being wrong.   I have asked her not to harass and belittle me. She creates and unpeaceful toxic hostile work environment. She is selective with her reporting of other staffers versus how she reports nuances involving me. She also uses favoritism having Shane Peralta selected out of the entire Hospital to work as a Staffer on a Holiday in the NSO, working out of class making 3 times as much as us.

On another occasion, she has told me I am the supervisor, do not question me; when I recalled a different resident bed number than Brigitta INCORRECTLY remembered for a Code Green from the day prior. I was familiar with this bed number as I have had to work with documenting numerous times for my own reporting.

Brigitta abuses her power as a supervisor. She abuses her positional power to support inequities. Many inequities also such as staffers being fulltime that are least senior to me/ Hiring requirements, Performance etc. I am on a list for Fulltime Staffer Test taken 2023 also.

This has made it very challenging/ an undue hardship to balance work and school for RN Nursing as the school/work schedule is awarded to Fulltime staff. I was approved of the school hours benefit time and it was unapproved mid semester.

Since then, my hours been less than I normally work and Shanna the NSO lead who does our schedule (speaking on the behalf of Brigitta and Maria Antoc) conveyed that I cannot be on the schedule several shifts this period, and they can give me less hours. This week 16 hours and a Holiday 11/24/23 were reduced which creates a hardship for me and another staffer less senior than me is on the schedule to work 2 back-to-back Holiday pay shifts after I put myself available Friday 11/24 long time ago.

I am seeking your support with this.

Thank You,

Shana

# EXHIBIT N

 Outlook

## Fw: Meeting

**From** Kelly, Shana (DPH) <shana.kelly@sfdph.org>

**Date** Thu 10/17/2024 7:05 PM

**To** DPH-EEO Intake <eeointake@sfdph.org>

**Cc** shana kelly <shanabayna09@yahoo.com>

Hi EEO,

This should capture the discussion of 10/09/24 with EEO concerning inequalities.

We already have an outline titled Equitable, Fair and Respectful Workplace.

I need assistance with the Nursing Office not being in compliance with SEIU or HR or the contract not being upheld in Laguna Honda Hospital SF City and County DPH. This is a grievance of inequity in the office.

I been in Nursing Office for 8 years and am the only part time in my office though I'm second in seniority departmentally. I am probably the only Part time in the entire hospital.

The hiring practices are suspect as Edgar gets covered for his late arrivals (with unapproved benefit time and or lack of entering) and AWOLs sometimes 2/3 hours and gets preferential treatment from management even though a memo reads everyone will be accountable this is true for some and not others. Many times Edgar calls I ask Marie will she like me or she to enter his time. She yells don't worry I will take care of that. That is supervisor discretion. It doesn't get put in like 10/09 that I also pointed out to Arnold. Examples 9/9/24 manager marked him sick and other department noticed he was 2 plus hours late and did not call but was put sick and paid for time normally someone would be DEDUCTED when hadn't called in. Another time 10/09/24 Edgar was 2.5 hours late, and we didn't know if we were stuck to cover the whole shift, and he was not awoled, but I was going to be potentially having to work short the following shift as the person who stayed had to stay to cover him. After that 10/10/24, he came in 20 plus minutes after and was not put in, I informed Arnold of this last week again and he leaves this to the Nurse Supervisor. Its still not put in and he is paid for when he is not here awake and doing work.

The Nurse Supervisor follows the instruction of the Nurse Director. Other times he is high/ has a strong marijuana/ alcohol smell doesn't seem to alert supervisors. Amparo even made a comment of the strong weed coming from him.

Aisha (number 1 seniority) is here, and no one is evaluating whether her accommodations can be met in this office safely with a medical related situation. She comes here after treatment and is sleep on Day shift and has trouble accurately releasing the correct body to the mortuary and entering communications accurately in the computer regarding staff's time and that can affect patient safety and overload other staff. We activate emergency codes here often and randomly.

The Nurse Supervisor allows him to sleep hours past his allotted break time in Nursing Office and in car without time deducted and involves other departments to go out in the lot at night and wake him daily after 2 plus hour breaks yet not deducted. Other times his tardy is covered with benefit time

unapproved. Most times late arrivals are simply not entered for these too especially. Other departments also see him doing his laundry here at work. The supervisors and staff discuss how he is sleep soon after his shift begins by 1230 am one hour into his shift. I've complained to Arnold of incomplete work left for me from both he and Diana. This is still not standardized/ equitable even though we have an outline of what our job duties and role is. Afterward he is allowed to make up his tardy and stay late or come in to do work he did not complete in 40 hours and get paid overtime for it though sleeping. He also gets every other weekend off and did not for 6 years. He has only been here as registry since 2022. He also gets days off without having to use his benefit time and overtime is covered mostly by staff working out of classifications. (3 of them working in here, 2 everyday)

Similar treatment toward Diana missing 34 days on probation and use of N word and Choco slur in Spanish hired after me and put in full time. This escalated to the Sheriff arriving on another occasion as she started thrashing my personal property and manager met with us and preferential inaction biased behavior again from management. Maria Antoc said not to tell or invite HR or Union and hence did not invite them to our meeting. After the meeting, Mel the supervisor asked if the meeting took place because she overheard Diana in Nursing Office saying N word to another employee.

Normal past practice does not require for an individual to RETEST for SAME JOB CLASSIFICATION, but these managers suggested I take the exam, so I did, and they still didn't put me in due to a technicality of a "still interested electronic update".
I tested to get hired here and ranked with 10 the requested ranking and May came in outside of that ranking window and is fulltime ahead of me and ranked 14 a not reachable score. Another staffer May didn't have to pass a 100 % weighted, exam for the position a year after I was hired and still is full-time 2 years before me. (When Ed Guina and Maria Antoc were our Nursing Office Director which is now Arnold.)
Each Supervisor was informed of this inequity.

3 other staff are in here Unit Clerks, 2 of which has been sitting in here 1 to 2 *years* working out of class and the fulltime need is there in this office but there are existing discriminatory retaliatory practices in play.
One of them flexes her time on Arnolds shift 1 hour to 1.5 hours when late at least 10 times and I am not allowed to do that.
Manager Jun Li when she used to help in here over a year ago, noticed that others arrive late and are NOT docked/ deducted their time. And she was told by Maria Antoc to watch MY time. So I said you mean EVERYONE'S time she said no MY time. Nothing against her being the messenger but that was the instruction which isolated me and had me treated differently as instructed by Maria Antoc.

Maria Antoc and Brigitta Van Ewik was who I informed by email of Diana use of N word and Choco. When in communication with my classes and or Diana creating a continued hostile environment through antics considering history, I took longer on my break and Brigitta deducted my time 30 minutes or so and took more time than she was supposed too something like 4.5 hours make an inconvenience and then claimed she had not. I have an email regarding that.

In one incident, Brigitta informed my colleague that she would report me for the brevity on a phone call I exercised 9/11/24 yet racial workplace environment scenarios were not reported by either one. These people are all a part of the same leadership who switch over and pass through Nursing Office and getting endorsed and / versed on Nursing Office and continuing the same inequities. Problems started in here years ago when a nursing office staff was yelling at me with a knife in hand and a similar inaction and lack of support came from HR and management who said we don't ban our employees from carrying kitchen utensils regardless of the weapons policy.

I went on stress injury, some years ago and it's been racist and retaliatory inequitable workplace ongoing. There is lots of preferential treatment/ favoritism that negatively impact me All decisions made here ARE NOT BASED ON MERIT. It's by RACE.

I also happen to be the only African American Staffer 1429 with 8 years seniority. 2nd in Seniority DEPARTMENTALLY that is still Part time.

Recently, (past week plus ago) Arnold said the 1429 Staffer job was cancelled by HR and HR said Arnold put the job ON HOLD after I applied to it again in 2024. I have email of HR research and Arnold said HR told him there were no applicants. I explained that I applied and have a receipt of application though unnecessary because all other staff get rolled into FULLTIME without re-examing and reapplying for same job.

Benefits I am due, such as retirement equity and overtime approval and seniority and school program are not being met as well as the SEIU bargaining Agreement contract is not being upheld/ met.

I would like this resolved this month. I need to have my classification to fulltime. I need your assistance with this matter. This is affecting me each day.

Thank You,

Shana Kelly
(650) 669- 0591

---

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Wednesday, October 16, 2024 9:56 PM
**To:** David Canham <david.canham@seiu1021.org>; rudy@sfbctc.org <rudy@sfbctc.org>; debra.grabelle@ifpte21.org <debra.grabelle@ifpte21.org>
**Cc:** Theresa Rutherford <theresa.rutherford@seiu1021.org>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>; sflc@sflaborcouncil.org <sflc@sflaborcouncil.org>; shana kelly <shanabayna09@yahoo.com>
**Subject:** Fw: Meeting

Hello Co- Chair,

Please assist us with this.

*Shana M. Kelly*

Nursing Office
Laguna Honda Hospital and Rehabilitation Center
375 Laguna Honda Blvd.
San Francisco, CA 94116
Office: (415) 682- 1505
Cell: (650) 669-0591



**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Wednesday, October 16, 2024 8:45 PM
**To:** Theresa Rutherford <theresa.rutherford@seiu1021.org>
**Subject:** Fw: Meeting

Hi Theresa,

This time sending to your SEIU email.

Thank You,
Shana

**From:** Kelly, Shana (DPH)
**Sent:** Wednesday, October 16, 2024 8:16 PM
**To:** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>
**Cc:** shana kelly <shanabayna09@yahoo.com>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Rutherford, Theresa (DPH) <theresa.rutherford@sfdph.org>; Fisher, Denise (DPH) <denise.fisher@sfdph.org>
**Subject:** Meeting

Hi Arnold,

Thank you for impromptu meeting with me briefly last week, Thursday 10/10/24 in Nursing Office.

We discussed the inequities/ biases/ other preferential handling of variety of personnel related matters in the Nursing Office I am experiencing that is affecting me.

I also discussed the 3 staff working out of class in Nursing Office.

Additionally, I discussed documentation biases etc. Seniority and hiring practices etc.

Overtime opportunities and other benefits I am short of with these arrangements.

We also discussed the Fulltime 1429 position, and I have mixed information now and I would like clarity.

I am the only Part time PCS in the office and hospital and need assistance with this with 8 years seniority as a 1429.

You mentioned that you would get back to me and recommended that I reach out to HR which I did the next day, Friday, 10/11/24.

I am aware of the Staff meeting you will have tomorrow, Thursday 10/17/24 at 2PM in Nursing Office.

I would like to meet with you and Marshall at your earliest convenience next week sometime to get a dialogue and solution.

Also, in the future, is there a window of time that you are available to answer questions/ concerns that I have like these?


Thank You,

Shana

 Outlook

## Re: Time off; Shana Kelly November 2024 and March 2025

**From** Kelly, Shana (DPH) <shana.kelly@sfdph.org>

**Date** Thu 11/7/2024 3:51 PM

**To** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Dentoni, Terry (DPH) <terry.dentoni@sfdph.org>

**Cc** shana kelly <shanabayna09@yahoo.com>; Morales Marshall (DPH) <CHARLIE139@yahoo.com>

Hi Arnold,

Also, I have 1 year more seniority AND I was taken off the last calendar Holiday 10/14/24 Indigenous Peoples Day.

Can you please clarify this rotation?

Thank You,

Shana

---

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Thursday, November 7, 2024 3:38 PM
**To:** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>
**Cc:** shana kelly <shanabayna09@yahoo.com>; Morales Marshall (DPH) <CHARLIE139@yahoo.com>
**Subject:** Re: Time off; Shana Kelly November 2024 and March 2025

Hi Arnold,

Resending this email from 9/11/24 as November 19 is near now.

My name was on PM Shift, Monday 11/11/24 for the Holiday shift which is a skeleton schedule ( only 1 staffer on per shift) and it appears that I was selected to be taken off that shift. I only see May Khine's name.

Can you please verify this?

Thank You,

Shana

---

**From:** Kelly, Shana (DPH)
**Sent:** Wednesday, September 11, 2024 7:23 PM
**To:** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>

# Employee Handbook
## City and County of San Francisco



Mayor London N. Breed

Carol Isen
Human Resources Director

# WORKPLACE VIOLENCE PROHIBITED

## Policy Prohibiting Employee Violence in the Workplace

The City is committed to maintaining a workplace free from violence and threats of violence, and will not tolerate any acts or threats of violence in the workplace. Any act or threat of violence in the workplace is strictly prohibited and should be reported immediately.

"Violence" includes both acts and threats of violence. For example, violence includes any conduct, verbal or physical, which causes another to reasonably fear for his or her own personal safety or that of his or her family, friends, associates, or property.
Employees are also prohibited from possessing, storing or having control of any weapon on the job, except when required by the City department in the performance of the employee's official duties. Weapons include, but are not limited to, firearms, knives or weapons defined in the California Penal Code Section 12020.

Failure to comply with these policies may result in employee discipline up to and including termination as well as criminal prosecution.

## Reporting and Responding to Workplace Violence

All employees are responsible for reporting any acts of intimidation, threats of violence or acts of violence to their supervisor, manager or departmental personnel officer. Supervisors and managers are responsible for documenting and reporting all observed or reported incidents of workplace violence.

## EMPLOYEE OBLIGATIONS

### **Conflicts of Interest and Ethical Obligations**
City employment carries with it an obligation to adhere to the highest level of ethical standards. The San Francisco Ethics Commission has assembled a manual on the state and local laws governing the conduct of public officials and employees, available at www.sfethics.org. The City Attorney's Office also summarizes state and local laws in its Good Government Guide, available at www.sfcityattorney.org. If you have any questions, you may contact the Ethics Commission or your departmental personnel officer.

Some of the key ethical obligations imposed on municipal employees are summarized below. These summaries are just general reminders; not all applicable ethics laws are summarized here. For advice about any specific conflict of interest or ethics issue, you should contact the Ethics Commission or the City Attorney's Office.

- You may not use or attempt to use your official position to influence a governmental decision that could affect your financial interests– including your employer, your spouse's or domestic partner's employer, businesses in which you or your spouse/domestic partner have invested, or property you or your spouse/partner own or rent.

- You may not use your City title or designation in any communication for any private gain or advantage.

- You may not use your title or designation in any communication in a manner that would lead the recipient to believe that you are speaking in an official capacity when you are not.

- You may not make, participate in, or attempt to influence a governmental decision affecting a person or entity with whom you are discussing or negotiating an agreement concerning future employment.

- You may not accept any compensation, reward, or gift from any source except the City for any service, advice, assistance or other matter related to your City job.

- You may not solicit or accept anything of value in exchange for hiring, promoting, or attempting to influence the hire or promotion of any City employee or applicant.

- You may not make, participate in making, or seek to influence any employment decision involving a person with whom you have a familial or romantic relationship. You must notify your supervisor if you are, or become related to or romantically involved with another employee in the workplace over whom you have the authority to impose or recommend an employment action. Supervisors and managers should avoid any appearance of favoritism or nepotism in the workplace.

- You may not willfully or knowingly disclose the City's confidential or privileged information unless you are required to do so by law. You may not use confidential

# EXHIBIT O

Laguna Honda Hospital and Rehabilitation Center
375 Laguna Honda Blvd.
San Francisco, CA 94116
Office: (415) 682- 1505
Cell: (650) 669-0591



**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Friday, October 11, 2024 11:24 PM
**To:** Knox-Mitchell, Kim (DPH) <kim.knox-mitchell@sfdph.org>; Tran, Selby (DPH) <selby.tran@sfdph.org>; Chau, Herbert (DPH) <herbert.chau@sfdph.org>; Walden, Kimberlee (DPH) <kimberlee.walden@sfdph.org>
**Cc:** Morales, Marshall (DPH) <marshall.morales@sfdph.org>; CHARLIE139@yahoo.com <CHARLIE139@yahoo.com>; Rutherford, Theresa (DPH) <theresa.rutherford@sfdph.org>; shana kelly <shanabayna09@yahoo.com>
**Subject:** Re: Cancelled 1429 Position

Hi Kim,

Yes, please I definitely have additional questions.

I was on one list for the 1429 job position as I am holding a 1429 position. I am part time and am seeking fulltime employment as a 1429.

I tested for this job 1429 years ago when I was hired in 2016 as I ranked within 10 for the Rule of Ten Score.

I was made to accept the part time position to allow the existing part timers at the time promote into fulltime. These individuals did not have to retest for the SAME job.

I was told by management to test again and not sure why.

I brought this to the attention of Arnold, the director in Nursing Office.
Recently, hiring manager, for my department (Nursing Office), Arnold, referred for me to get in touch with HR because per him, HR cancelled the job position because what he understood from HR/ explained to me was that the reason was that there were no applicants.

I spoke to Arnold this week and periodically/ weekly regarding the fulltime opportunity and informed him that I did apply to the job and have a screenshot receipt of my application received.

I informed Arnold that I did apply, and I have a screenshot of the page reflecting that I did in fact apply.

He said if I applied then my name should be on the list. Can you verify this?

He said that there is a list of people HR presents to him and that his part is to do the interviews from what HR list is provided to him.

Can you please provide clarity regarding this?

I haven't heard from you all and I am following up once again on the 1429 position.

I tested and ranked 6 on the list on the Rule of Ten weighted exam and have a receipt of this dated 2/27/23 and applied to the position this past August 2024. The original analyst Stephen Lee email when I reply says he is no longer with the organization.

I currently am a 1429 and need to be fulltime with 8 years seniority in this position.

I am told by management that a list has been made available and have not heard anything.

I been in this position for years and am seeking to be fulltime. In past practice the existing senior is offered the fulltime and part time is and has been made available to less senior.

Can you please assist me with this?

Thank You,

Shana Kelly

**From:** Tran, Selby (DPH) <selby.tran@sfdph.org>
**Sent:** Monday, September 23, 2024 10:35 AM
**To:** Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Kelly, Shana (DPH) <shana.kelly@sfdph.org>; Knox-Mitchell, Kim (DPH) <kim.knox-mitchell@sfdph.org>
**Subject:** RE: Cancelled 1429 Position

Hi Marshall,

I'm including my manager, @Knox-Mitchell, Kim (DPH), onto this email for awareness.

HR Leadership will review and respond accordingly.

Thank you,



Selby Tran (he/him/his)
Human Resources Analyst
ZSFGH Human Resources – Operations Team
San Francisco Department of Public Health
2789 25th Street, San Francisco, CA 94110
☎ (628) 271-7055 **MS Teams Line**
☎ (628) 206-2663 **Direct Desk Landline**
We Are SFDPH

*I am working from home Thursdays & Fridays, please email me for fastest response.*

*Confidentiality Notice: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.*

**From:** Morales, Marshall (DPH) <marshall.morales@sfdph.org>
**Sent:** Monday, September 23, 2024 10:20 AM

**To:** Tran, Selby (DPH) <selby.tran@sfdph.org>; Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Subject:** Cancelled 1429 Position

Good Morning All
Happy Monday, hope all is well.
Selby , we were wondering why the 1429 Position was Cancelled ?
Shana Kelly s been waiting for a Long time to have an FTE position
Please advise
Thank You
Marshall Morales
Shop Steward / Chapter Officer
SEIU 1021

Field Representative
SEIU 1021 SF Office

Cell: 415-717-8135

Join the Union today:
http://join1021.org?LUID=jinouye
Member Resource Center (MRC): 1-877-687-1021

---

**From:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Sent:** Monday, January 22, 2024 1:52 PM
**To:** Griffith, Caroline (DPH) <Caroline.Griffith@sfdph.org>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>; Mars, Dennis (DPH) <dennis.mars@sfdph.org>; Williams, Ramon (DPH) <ramon.williams@sfdph.org>; shana kelly <shanabayna09@yahoo.com>; Jessica Inouye <Jessica.Inouye@seiu1021.org>; Lam, Cindy Wingman (DPH) <cindy.w.lam@sfdph.org>; Claude Joseph <Claude.Joseph@seiu1021.org>
**Subject:** Re: Shana Kelly Flexible Work Schedule Form Completed

Some people who received this message don't often get email from shana.kelly@sfdph.org. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

🖾 Shana Kelly Rule of 10 Ranked 6 2023 List 127555.pdf

Hi Caroline,

That is good to know that you are following the Rule of 10 for the 1429 eligible list.
Can you please provide me the rank I scored as you are listed Analyst for this application/ 1429 position?

My records show that I ranked 6 of the Rule of 10 for the 2023 List.
Please see my enclosed attachments.  (3) attached rank score list documents, which I've also included in the body of this email below.

One list from 2017, (the original list where I came in my 1429 position as Part time 1429) in 2016, I was hired 1 year ahead of my colleague, May Khine also came in Part time a year after me.  She is Fulltime now before myself as I am Part time at this time still and would like to secure the Fulltime FTE 1429 that I took the exam for.

My less senior colleague, *May Khine also a 1429* did not rank within the "Rule of 10" list and was pulled from the list and is now Fulltime 1429. I have attached our ranking scores for the position from the 2017 List. She is Fulltime 1429 now and I am part time 1429.

On that list in 2017 **I scored 9 on the Rule of 10 and she ranked 14 on the Rule of 10 list,** where she was selected and is fulltime.

My supervisor/ Director, Maria said today that a fulltime 1429 was selected from outside so I wanted to be considered before they are, and I want to be rolled over into a Fulltime 1429.

**City and County of San Francisco Department of Human Resources**

**Eligible List Score Report**

| | | | | |
|---|---|---|---|---|
| List ID: | 127555 | | Exam Type: | PBT |
| Class: | 1429-Nurses Staffing Assistant | | Scope: | DPH |
| Working Title: | Nurses Staffing Assistant | | List Type: | E |
| Job Specialty: | None | | | |
| Post: | 2023-02-27 | Cert Rule: Rule of 10 | Duration: | 12 Months |
| Inspection Start: | 2023-02-28 | Inspection End: 2023-03-06 | Adoption: | 2023-03-08 |

List Note:

Number of Eligibles on List: 19

Distribution of Scores

| Rank | Final Score | Number of Eligibles at this Rank |
|---|---|---|
| 1 | 939 | 1 |
| 2 | 927 | 1 |
| 3 | 914 | 1 |
| 4 | 902 | 1 |
| 5 | 890 | 1 |
| 6 | 878 | 1 |
| 7 | 865 | 2 |
| 8 | 853 | 3 |
| 9 | 847 | 1 |
| 10 | 841 | 2 |
| 11 | 829 | 1 |
| 12 | 816 | 1 |
| 13 | 804 | 1 |
| 14 | 780 | 1 |
| 15 | 700 | 1 |

Thank You again,

Shana

**From:** Griffith, Caroline (DPH) <Caroline.Griffith@sfdph.org>
**Sent:** Monday, January 22, 2024 12:12 PM
**To:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Cc:** shana kelly <shanabayna09@yahoo.com>; Morales, Marshall (DPH) <marshall.morales@sfdph.org>
**Subject:** Re: Shana Kelly Flexible Work Schedule Form Completed

Hi Shana, I received your message. We are following the Rule of 10 for the 1429 eligible list. We have to move down the rank when filling our positions. If your name appears next on the rank, you will be contacted by a manager.

Best regards,
Caroline Griffith (She/Her)
Human Resources Analyst - Operations Team
San Francisco Department of Public Health (check out our video!)
Laguna Honda Hospital and Rehabilitation Center (LHH)
375 Laguna Honda Blvd, Room B100, San Francisco, CA 94116
Direct: 415-275-2096
Email: caroline.griffith@sfdph.org

Confidentiality Notice: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.

# EXHIBIT P

 

San Francisco
Health Network

Welcoming
Caring
Connecting

SAN FRANCISCO DEPARTMENT OF PUBLIC

Date:    11/8/2024

To:.     Shana Kelly, Staffer

From:   Arnold Dignadice, Director of Nursing Operations

Re:  Coaching and Counseling for Unprofessional Behavior
_____

On 10/30/24 I met with you and your Union Representative Marshall Morales to discuss your inquiry for a full-time appointment in the Nursing Office. Stephanie Chigos, Nurse Manager was also present as an observer. During this discussion you were unprofessional in the following ways:

1.  Raised, aggressive tone of voice.
2.  Constantly speaking over me and cutting off my attempt to communicate.
3.  Making derogatory statements towards me such as "You've been here how long, and you don't know how to hire?"
4.  Demanding to know which coworkers expressed their concerns about your behavior.
5.  Making the threat "there will be no peace if there is no justice!"

This behavior is unacceptable and does not comply with the Equitable, Fair, and Respectful Workplace Policy.

_____

You are being coached and counseled to bring to your attention the seriousness of your conduct. Going forward you are expected to comply with all workplace business ethics, professionalism code of conduct and employee handbook responsibilities, and policies and procedures. Failure to correct your behavior and/or further violation of Laguna Honda policy will subject you to disciplinary action up to and including discharge.

Should you have questions or concerns regarding this directive, please do not hesitate to contact me.

●   Equitable, Fair, and Respectful Workplace Policy

*Refused to accept.*

Cc:
Hector Rivera, HR Lead
Rajesh Kaushik, Senior HR Analyst
Tracey Brown, DON
Teri Grados, DON

Page 1 of 3

**City and County of San Francisco**
Carol Isen
Human Resources Director



**Department of Human Resources**
*Connecting People with Purpose*
www.sfdhr.org

## Equitable, Fair, and Respectful Workplace (Respect) Policy

Issued: January 1, 2023

The City and County of San Francisco (City) is committed to promoting and maintaining a safe and healthy working environment where every individual is treated with civility, dignity, and respect. To this end, it is the policy of the City to provide a workplace where each employee has the right to work in a positive, professional, and mutually respectful atmosphere free from Disrespectful Behavior (defined below). This Equitable, Fair and Respectful Workplace (Respect) Policy sets forth many of the City's values, supplements and is in addition to the City's current policies prohibiting discrimination, harassment and retaliation and prohibiting violence and threats of violence.

All City employees and City officers play a role in contributing to a truly welcoming, safe, and inclusive working environment that encourages mutual respect and promotes civil and collaborative relationships with the public and among staff, at all levels. The diversity of our employees – the wide range of backgrounds, ideas and lived experiences they bring to City employment – enriches our workplace and enhances our work. To promote and sustain a workplace where all employees and members of the public are treated with respect and dignity, and where employees feel welcomed and valued for who they are and what they can contribute, each City employee is expected to abide by the values and standards below and in this Respect Policy generally of interpersonal behavior, communication, and professionalism:

- Work honestly, earnestly, collegially and collaboratively with employees and others;
- Listen to and value the views and opinions of others, particularly when they differ from your own;
- Abide by all rules, regulations, policies, and laws and promptly bring concerns about potential violations to your supervisor or departmental Human Resources personnel.

All City employees and City officers have a responsibility to set a positive example and must refrain from engaging in Disrespectful Behavior, whether deliberate or unintentional. The City will not tolerate Disrespectful Behavior in any City workplace and seeks to intervene at the earliest sign or stage of Disrespectful Behavior to correct that misconduct and prevent its reoccurrence. Any employee or officer who violates this policy will be subject to disciplinary actions up to and including termination.

Disrespectful Behavior is defined as discourteous, rude, impolite, or offensive words, gestures or other behavior that may devalue and undermine a person and their dignity or self-esteem or creates an intimidating, hostile, abusive or offensive environment. Examples of Disrespectful Behavior can include, but are not limited to, the following:

- <u>Bullying</u>: bullying is a pattern of repeated behavior that a reasonable person would find hostile, offensive, intimidating, oppressive, subjugating, threatening, and unrelated to the City's legitimate business interests. Bullying behavior may take many forms including physical, verbal, or written acts or behaviors. Workplace bullying often involves repeated abuse or misuse of power. A single physical, verbal, or written act or behavior generally will not constitute bullying unless especially severe and egregious but could nonetheless violate this Respect Policy;

One South Van Ness Avenue, 4th Floor • San Francisco, CA 94103-5413 • (415) 557-4800

City and County of San Francisco
Department of Human Resources

- **Hostility**: yelling, interpersonal hostility or spiteful conduct, that is deliberate or repeated and/or causes harm to the targeted person's or persons' mental or physical wellbeing, safety, or economic status. This includes physical intimidation, unwanted touching, or isolation;

- **Belittling conduct**: name calling; playing "pranks" on a person; making fun of someone or telling jokes at their expense; taking, vandalizing, or otherwise damaging a person's personal or work property; and spreading false information or rumors about someone; seeking submission or misuse of power, authority, rank, status, or other privilege;

- **Microaggressions**: statements, actions, or incidents regarded as indirect or subtle invalidation, insult, irritant, disregard, prejudice, and/or discrimination against members of a marginalized group such as those having actual or perceived unequal power across economic, political, social and cultural dimensions. Microaggressions can harm someone or unfairly advantage others;

- **Intimidation**: using threatening or abusive language, profanity or language that is intended to be, or is perceived by others to be, demeaning, berating, belittling, rude, threatening, intimidating, coercive, hostile or offensive;

- **Violence**: throwing tools, office equipment, or other objects as an expression of frustration or anger or implying that one will act with violence as a method of influencing the actions of others;

- **Sabotage**: intentionally interfering with a process of work or otherwise undermining a person's work;

- **Invasive use of technology**: using social media or other technology, to harass or bully, using statements, photographs, video, or audio that could reasonably viewed as malicious, obscene, threatening or intimidating.

Communication is nuanced and Interpersonal conflict is a normal part of work and life. Maintaining a respectful workplace relies on effective and respectful communication, patience, professionalism and understanding. All City employees and City officers shall sign an acknowledgement of receipt and compliance with this Respect Policy.

**Management's Responsibilities**

Department appointing officers, managers and supervisors must lead by example by creating and maintaining a workplace that demonstrates respect and professionalism and follows the tenets of this Respect Policy. They must respond to Disrespectful Behavior in their respective workplaces including Disrespectful Behavior by vendors, consultants or members of the public.

Each city department is required to ensure that all employees receive the accompanying and required training concerning this Policy. When any employee reports that Disrespectful Behavior has occurred, human resources, managers and supervisors must treat the complaint seriously. Management should follow the guidance on managing interpersonal conflict in the workplace and contact their human resources representative for guidance on handling these kinds of situations. Human Resources must provide support to managers and supervisors upon request for guidance on conflict resolution strategies.

Any appointing officer, human resources official, manager or supervisor who observes or otherwise becomes aware of Disrespectful Behavior, has a duty to take appropriate and immediate corrective and preventative action to ensure the workplace is safe for all employees. Departments shall communicate to employees that Disrespectful

City and County of San Francisco
Department of Human Resources

Equitable, Fair, and Respectful Workplace Policy
Issued: 1/1/2023

Behavior will not be tolerated, condoned, or ignored and there are appropriate consequences for violations of the Respect Policy. The City will provide support to its department managers or supervisors with implementation of the Respect Policy.

**Training**

The City will provide:
1. Mandatory training for all employees and City officers on the policy and strategies for maintaining a respectful workplace;
2. Training on conflict management for managers, supervisors, and HR Professionals;
3. Ongoing learning and development options on effective communication and interpersonal relationships.

**City and County of San Francisco**
**Department of Public Health**

**London N. Breed**
**Mayor**



HUMAN RESOURCES
Luenna Kim, Director
Phone: (415) 554-2587
Fax: (415) 554-2855

Grant Colfax, M.D.
Director of Health

Date:        November 8, 2024

To:          Shana Kelly, Staffer

From:        Arnold Dignadice, Director of Nursing Operations

Subject:     Attendance

## WRITTEN WARNING

The Department of Public Health ("DPH" or "Department") is issuing this Written Warning to you because of your continued issues regarding your attendance.   The latest review of your attendance was during your PPAR on October 17, 2024, where your direct supervisor discussed your chronic tardiness as well as your customer service skills.

For the fiscal year 2023, you had 16 days of sick.  The expectation is 13 days per year.  Additionally, you had 97 hours of being late to work.  This is unacceptable.

Currently you 6 days of sick for this year, which is an improvement, however, you have 44hrs of being late to work.  This again is unacceptable.  You have also gone home sick in the middle of shift with the most recent incidents on October 29, 2024 and October 30, 2024, disrupting the operations of your colleagues.

Your action is in violation of the following City and County policies:

### *Relevant Rules and Policy*

SICK LEAVE / INTERMITTENT FAMILY MEDICAL LEAVE OF
ABSENCE, and TARDY CALL-IN
POLICY:
1. Employees are required to notify the Nursing Office a minimum of at least two and a half (2.5) hours before the start of their shift for any illness/absence.
2. Employees on orientation shall notify Nursing Office and e-mail Department of Education & Training (DET) a minimum of at least two and a half (2.5) hours before the start of their shift for any illness/absence while on orientation.
3. Employees shall notify Nursing Office if they will be late, and upon arrival, shall report to Nursing Office prior to reporting to assigned neighborhood.
PURPOSE:
To provide adequate coverage for unplanned staffing shortages to promote quality resident care.

RELEVANT DATA:
This policy applies to all employees of the Nursing Department, including: Program Nursing Directors, Operations Nurse Managers, Neighborhood Nurse Managers, Clinical Nurse Specialists, Nurse Educators, MDS Coordinators, Staff Registered Nurses (RN), Licensed Vocational Nurses (LVN), Certified Nursing Assistants (CNA), Patient Care Assistants (PCA), Home Health Aides (HHA), Unit Clerks, Beauticians, Barber, Bus/Van Drivers, Nursing Staffing Assistants and Nursing Office Support Staff.
PROCEDURE:
A. Sick Leave / Intermittent Family Medical Leave of Absence (FMLA) / Self-Cancellation Call-In

Shana Kelly 1429
Written Warning – Attendance
November 8, 2024- Page **2** of **3**

1. Employees must notify the Nursing Office by telephone of sickness, approved FMLA time off, self-cancellation of overtime or P103 no later than two hours before the start of their shift. The deadline is as follows:
AM Shift: by 2030 (8:30 PM)
DAY Shift: by 0430 (4:30 AM)
PM Shift: by 1230 (12:30 PM)
2. Any notification received later than 2.5 hours before the beginning of the shift will be recorded as Absent Without Leave (AWOL).
For extenuating circumstances (emergency and unusual situations) staff may request from the Nurse Manager to reverse the AWOL designation to paid sick time/benefit time. The decision will be made on a case-by-case basis considering both the circumstances and the individual staff's attendance pattern.
a. Staff must inform the Nursing Office staff of the number of sick days that are needed (no more than five days). Staff may call in for consecutive days if necessary. However, staff will be marked AWOL if staff do not return on the expected shift. Staff do not need to call in to
File: A9.0 July 9, 2024, Revised
Sick Leave / Intermittent FMLA and Tardy Call-In LHH Nursing Policies and Procedures
2
return to work for the shift following an absence or benefit time off. If staff needs additional sick time, they must notify the Nursing Office.
b. Requests for sick leave in excess of five (5) continuous working days shall be certified (i.e. submission of a signed letter/certificate or completed City and County of San Francisco request for Leave Form) by a qualified health care provider. Family Medical Leave requests (intermittent or continuous) are processed in the same manner.
B. Tardy Call-In
1. Staff who call in prior to their starting time to inform the Nursing Office that they will be reporting late, may be allowed up to a thirty (30) minutes time extension from the regular reporting time to report to duty. Staff will not be docked, provided the time is made up.
2. Staff who have a pattern of tardiness may be denied the opportunity to stay over and make up the time but will be docked instead.
3. Regardless of whether staff are allowed to make up the time or are docked, incidents of tardiness may result in disciplinary action. Whether or not the employee is allowed to make up the time is a management decision depending upon the neighborhood's operational and/or staffing needs.
4. Staff who have not called the Nursing Office prior to their starting time will be allowed up to a thirty (30) minutes time extension from the regular reporting time to report to duty and will be docked. For all instances of tardiness, time will be computed in fifteen (15) minute increments. If staff is more than fifteen (15) minutes late and has not called in, he/she may be given a float assignment. Such episodes of tardiness are subject to disciplinary action.
5. Staff reporting late will report to the Nursing Office to sign in at the time of arrival.
6. Staff who report to work over thirty (30) minutes late and have not contacted the Nursing Office, will not be allowed to work and will be considered absent without leave. If a staff member is over thirty (30) minutes late but contacts the Nursing Office and is told to come to work, said staff may be allowed to work the balance of the shift if, in the judgment of the Nurse Manager/Administrator on Duty/Director, the tardiness is excusable and/or there is an operational need. The decision to allow the employee to work does not preclude subsequent disciplinary action
7. Staff who are chronically tardy may not be allowed to work when tardy after having been notified in writing in advance of such proposed action. Such refusal does not preclude the Department from taking subsequent disciplinary action.
8. If staff have not arrived to the neighborhood, the Charge Nurse must inform the Nursing Office. The Nursing Staffing Assistant must immediately notify the Nursing Operations Nurse Manager or Nursing Supervisor. Neighborhood staff must not depart the neighborhood until permitted to do so by the Nursing Operations Nurse Manager or Nursing Supervisor, as mandatory overtime may become necessary.

101 Grove Street, #210, San Francisco CA 94102

Shana Kelly 1429
Written Warning – Attendance
November 8, 2024- Page **3** of **3**

9. Time records must accurately reflect the time employee's start work and the number of hours worked in every work day. Employees who fail to report arriving to work late, may be subject to disciplinary actions for falsification of hours' time worked.
10. The Charge Nurse who fails to notify the Nursing Office that staff are missing or late will be held accountable for non-compliance with the standard

### Analysis

Despite attempts to review your behavior around attendance, there has been minimal change in your performance.

### Conclusion

This is not the first time that you have displayed this behavior, and we have tried to address this during your annual review which you declined to sign due to your disagreement with the appraisal. Your attendance continues to disrupt the operations of the Nursing Office and its staff.

If the conduct continues and there is no improvement, we may take progressive disciplinary action up to and including termination.

Employee's Signature: ___*Refused to accept*___    Date: _____
*This is to acknowledge your receipt of this document only.*

Supervisor's Signature: _____    Date: __11/8/24__

Attachments: Policy 9.0 Sick Leave, Inter FMLA, Tardiness

cc:
  Hector Rivera, HR Lead
  Rajesh Kaushik, Sr. Personnel Analyst, Labor Relations
  Tracey Brown, RN, Director of Nursing
  Teri Grados, RN, Director of Nursing
  Personnel File

101 Grove Street, #210, San Francisco CA 94102

# EXHIBIT Q

 Outlook

---

**Nursing Office Leadership Violations**

---

**From** Morales, Marshall (DPH) <marshall.morales@sfdph.org>

**Date** Sat 11/9/2024 10:46 AM

**To**   Kelly, Shana (DPH) <shana.kelly@sfdph.org>; Rivera, Hector (DPH) <hector.rivera1@sfdph.org>; Kaushik, Rajesh (DPH) <rajesh.kaushik@sfdph.org>; Grados, Teri (DPH) <teri.grados@sfdph.org>; Brown, Tracey (DPH) <tracey.brown@sfdph.org>; Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>

**Cc**   Carlos Gabriel <Carlos.Gabriel@seiu1021.org>

📎 1 attachment (228 KB)

SMaterial M24110910220.pdf;

Good Afternoon Labor Relations and Nursing Leaderships
The Union has been Notified
That Violations in Nursing Office by Arnold
Violations

1) Weingarten Rights - Federal Law
   Not scheduling or allowing Union member to have Union
   Rep or Shop Steward Present when written discipline is to be handed out for Tardiness when member explained
   she was attending school ahead of time.

2) Managers Code of Conduct Page 13 Section 9.3 from DHR Policies
   Having a meeting with Union Member , Shop Steward was present ( Me )
   Then write up for Coaching and Counseling after Arnold asked for Shana to speak
   That s called " Entrapment "

3) Not Following SEIU CBA with CCSF about Seniority Rule for Over Time,  Page 58 Section 429
   Most Senior Qualified Employee with in the Bided Department

The Union would like to meet next week with HR Labor Relations either Wednesday , Thursday or Friday at 3 pm to discuss
Thank You
Marshall Morales
Shop Steward / Chapter Officer
SEIU 1021

---

**From:** noreply@sfdph.org <noreply@sfdph.org>
**Sent:** Saturday, November 9, 2024 10:22 AM

**To:** Morales, Marshall (DPH) <marshall.morales@sfdph.org>
**Subject:** Message from Material Mang.

## 9.2. Gambling

DPH employees are prohibited from engaging in professional or organized gambling activities while on duty or in DPH facilities. Exceptions to the prohibition include office or department sanctioned "pools," raffles, the friendly wager, or a DPH-sponsored event which supports a cause. When in doubt, a supervisor or employee should discuss the particular situation with the DPH Human Resources. Failure to comply with this policy may result in serious discipline.

## 9.3 Respectful Behavior

Respect is an essential part of DPH culture. When respect is not demonstrated between employees, workplace conflict is created which decreases the ability of staff to deliver high quality service. When disrespect is shown to community members, it undermines the ability for the public to access DPH services. DPH employees engaging in disrespectful behavior may be subject to disciplinary action.

Employees are required to treat co-workers, patients, and members of the public with courtesy and respect, and to maintain collaborative relationships. Employees are prohibited from displaying disrespectful behaviors, such as behaviors that a reasonable person would find offensive, embarrassing, alienating, or humiliating in the workplace, whether deliberately or unintentionally.

Examples of disrespectful behaviors include, but are not limited to:

- Derogatory communication, malicious gossip or any language that a reasonable person would find to be degrading, intimidating, coercive or bullying to another individual or group of individuals
- Insults, slurs, jokes or any language that implies a negative characteristic
- Profanity
- Blocking normal movement, offensive gestures, unwelcome touching or shoving
- Threats or assault
- Slamming or throwing objects
- Yelling

Managers are responsible for their own conduct, and for keeping the workplace free of inappropriate conduct by their direct reports. Disrespectful manager conduct would also include unwarranted or malicious employment actions such as denial of training opportunities, employee leaves, removing job functions as a retaliatory measure, or creating a sense of alienation or isolation are unacceptable.

Expressing contrary opinions is not disruptive conduct, nor is expressing concern or constructive criticism of existing policies or procedures, or questioning potentially unacceptable performance or conditions, if it is done in good faith, in an appropriate time, place and manner and with the aim of improving the work environment. It is the responsibility of all employees to demonstrate respect for their colleagues and the community we serve. Failure to do so undermines the mission of the Department of Public Health and will be taken seriously.

# Your Weingarten Rights

The Supreme Court has ruled that an employee is entitled to have a Union representative present during an interview, which may result in discipline. This is called your Weingarten Rights.

1. You must request that a Union representative or Shop Steward be called into the meeting.

2. You must have a reasonable belief that discipline will result from the meeting.

3. You have the right to know the subject of the meeting and the right to consult your Union representative or Shop Steward prior to the meeting to get advice.

4. Do not refuse to attend a meeting if a steward is requested but denied. We suggest you attend the meeting and repeatedly insist upon your right to have a Union Representative or Shop Steward present. If this fails, we suggest that you not answer any questions and take careful notes about what is said.

Ang Korte Suprema ng Estados Unidos ay nagpasiya na ang isang manggagawa ay may karapatang magkaroon na kasamang representante ng unyon sa buong panahon na kinakausap o kinakapanayamin ng tagapangasiwa o "manager" na maaring magresulta sa disiplina. Ang batas na ito ay tinatawag na "Weingarten Rights". Mga patnubayan:

1. Kailangan na hilingin mo na ang representante ng union ay kasama sa miting.

2. Kailangan na ikaw ay may katuwiran at paniniwala na ang resulta ng miting ay disiplinahin ka.

3. Ikaw ay may karapatang alamin ang paksa ng miting at may karapatan din na komonsulta sa representante ng unyon bago humarap sa miting para humingi ng payo.

4. Huwag kang tumanggi na dumalo sa miting kung ang "union shop steward" na iyong gusto ay tinanggihan ng kompaniya. Kailangang ipilit mo na magkaroon ng representante ng unyon. Kung sakaling ayaw pumayag ang tagapangasiwa o "manager", dumalo ka sa miting pero huwag mong sagutin ang mga tanong ngunit isulat lamang ang mga tanong at mga akyosasyon.

Norman Tan, Chair
Private / Non-Profit Division

高等法院規定僱員在出席可能受到紀律處分的會議時，有權利由工會代表陪同。這個權利稱為 Weingarten Rights。

1. 你必須提出要求，有工會代表陪同出席會議。

2. 你必須有合理的理由，相信會議的結果會導致紀律處分。

3. 你有權知道會議的主題是什麼，以及在會議之前向工會代表徵詢意見。

4. 如要求有員工代表陪同出席被拒，不要拒絕不出席會議。我們建議你出席會議，但重複堅持你有權有工會代表陪同。如堅持無效，我們建議你不要回答任何問題，並記下筆記。

La corte Suprema declaro que un empleado tiene el derecho de tener un representante de Union durante una entrevista que pueda resultar en diciplina. Este derecho lleva por nombre Weingarden Rights.

1. Usted devera pedir un representante de Union para cualquier junta.

2. Usted devera tener la creencia que sera desciplinado/a del resultado de la junta.

3. Usted tiene el derecho de saber la razon por la cual tendra la junta y consultar con su representante de Union antes de la reunio para obtener un consejo.

4. No se reuse a asistir a la junta, si usted pidio un representante y se lo negaron. Sujerimos que cuando este en la junta insista repetidas veces en su derecho de tener un represntante de Union. Si esto no sucede, entonces no conteste a las preguntas y tome nota de todo.

 SEIU Local 1021
350 Rhode Island St., #100S
San Francisco, CA 94103

 Outlook

---

## Fw: Documents from Today's Discussion

---

**From** Kelly, Shana (DPH) <shana.kelly@sfdph.org>

**Date** Wed 11/13/2024 2:30 AM

**To**    DPH-EEO Intake <eeointake@sfdph.org>

**Cc**    Gangwani, Menaka (DPH) <menaka.gangwani@sfdph.org>; shana kelly <shanabayna09@yahoo.com>

📎 1 attachment (695 KB)

S. Kelly Coaching Memo and Written Warning 11.8.24.pdf;

Hi EEO,

Urgent.
This has been ESCALATING
As I explained to Menaka 10/09/24 telephone meeting regarding inequities in the office while an additional meeting with Arnold was pending to get clarity on inequities in office and fulltime 1429 opportunity after it was cancelled. This has been a demoralizing experience.

After, both 10/21 brief impromptu and 10/30 planned meeting with Arnold and SEIU rep this kind of retaliation would be going on literally right after as I explained to EEO on 10/09/24. On Friday 11/08/24 I was asked to come to office next day after meeting 2 and Arnold started talking so I asked for union rep and to reschedule this communication if disciplinary. He said its coach and counsel on my " behavior" based on his email. I asked for Union at least 3 times and he said he doesn't need one for a coach n counsel and continued talking . I said I was not comfortable if Melanie there because they both could twist my words add statements etc. He talked anyway and sent a coach and counsel with hidden write up behind the attachment of email saying I refused to sign. Then compares to my PPAR performance eval. inequitable reporting. I disagree where I selected decline to sign box for rebuttal reason and what sec. He is using this in a negative way.

A threat assessment by head of security is being requested of me to do in a meeting sometime soon.

In my meeting 10/30 Adia Johnson was outside the room, and I was discussing in confidentiality office inequities like preferential documentation of time for attendance and employees working out of class for way past temporarily like she and Lisa who are both unit clerks with home units and the fulltime position that was cancelled and clarity on the hiring practices and disciplinary etc. I asked if email letter he made was for only some not all about late etc. because it's still happening and not being deducted time or other options available that not available to me like flex time etc. and I had been coming in on time or

early. Or lack of entering the true arrival time at least 10 times I observed in 2 plus weeks. He looked visibly mad. I told a sup next day on my shift that he looked very mad.

I went home early and called off with stress symptoms and migraines and interruption to sleep last week around the times of these meetings.

Now I have an email with coach and counsel and a pending threat assessment and discipline even though I said I wanted to wait for union rep to be present on Friday 11/08/24 when he insisted and minutes later gave me the email with discipline and coaching.

He looked very smug and I told him was not mirroring me as I was not being smug with my nonverbal communication.

I called EAP today 11/13/24 which he recommended on 11/08/24 since I told him these incidents are affecting me. I was clarifying the things he wrote in the email was out of context and not verbatim.

He said me leaving sick with migraine disrupted my colleagues in the email attachment.

My coworker left today sick 45 minutes into the shift and has left before sick and he or supervisor doesn't do this negative response to her. The other was placed off to leave early to have me work double shift short staffed.

Arnold said he want peace in the office for the office.

I explained the slogan from BLM from MLK Jr from Frederick he twisted it to a threat in his email.

The explanation is how can u have PEACE without justice/ (inequality in the workplace etc.) like the slogan.

Other staff wanted to share their EEO race related marginalized experiences at workplace Laguna Honda like Regina Deramus, PCA AM Shift.

Debra Curtis Beauty Salon Day Shift Laguna Honda workplace said you can give her a call as well with discrimination related incidents happened to her.

Your urgent assistance is needed.

Thank You,

Shana
6506690591

**From:** Dignadice, Arnold (DPH) <arnold.dignadice@sfdph.org>
**Sent:** Friday, November 8, 2024 4:42 PM
**To:** Kelly, Shana (DPH) <shana.kelly@sfdph.org>
**Cc:** Rivera, Hector (DPH) <hector.rivera1@sfdph.org>; Kaushik, Rajesh (DPH) <rajesh.kaushik@sfdph.org>; Ferrer, Melanie (DPH) <melanie.ferrer@sfdph.org>
**Subject:** Documents from Today's Discussion

Hello Shana,

Thank you so much for meeting with me and Melanie today.  Attached are the documents that I was going to present to you after our discussion.

Please let me know if you have any questions.

Thanks!


**Arnold Dignadice, RN**
Laguna Honda Hospital
Director of Nursing Operations
415-770-3791