United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA MARIE KELLY,<br>Plaintiff,<br>v.<br>SAN FRANCISCO CITY AND COUNTY DEPARTMENT OF PUBLIC HEALTH LAGUNA HONDA HOSPITAL,<br>Defendant. | Case No. 24-cv-08568-ASK<br><br>**ORDER TO SHOW CAUSE** |

The Court held a Case Management Conference by Zoom in this matter beginning at 1:30 PM on September 1, 2026. Plaintiff Shana Marie Kelly did not appear at that Conference. After approximately fifteen minutes of waiting, the undersigned went on the record to note Ms. Kelly's absence and to set a further Case Management Conference for September 15, 2026, at 1:30 PM.

Ms. Kelly is **ORDERED TO SHOW CAUSE** as to why she should not be sanctioned for her failure to appear. Ms. Kelly's response to this Order is due **September 11, 2026**.

**IT IS SO ORDERED.**

Dated: September 3, 2026

AJAY KRISHNAN
United States Magistrate Judge